## COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

Founded in 1924, Cohn Lifland Pearlman Herrmann & Knopf LLP is a firm dedicated to the general practice of law at the highest level of professional competence, striving to achieve maximum benefit for our clients in the most efficient and professionally responsible manner.

Our firm has a wide ranging litigation practice at both the trial and appellate levels of the federal and New Jersey state court systems, having successfully litigated cases up through and including the United States Supreme Court.  We regularly handle complex and sophisticated commercial litigation, including class and derivative litigation, in the areas of corporate and securities fraud, lender and accounts' liability, consumer protection, franchise, anti-trust, qui tam, RICO, employment and intellectual property.

Among the more prominent cases in which the firm has been involved either as sole counsel, lead or co-lead counsel, liaison counsel or in which we have otherwise participated substantively to a significant extent are the following:

Aviva Partners LLC, et al. v. Exide Technologies, et al., U.S.D.C., District of New Jersey, 3:05-cv-3098 (MLC/LHG) ($13.7 million settlement on behalf of the class)

In re Amerada Hess Corporation Securities Litig., Docket No. 02-03359 (District of New Jersey) ($9 million settlement on behalf of the class)

In re: Cambrex Corp. Securities Litig., Docket No. 03-4896 (District of New Jersey) ($3,150,000 settlement on behalf of the class).

In re Merck & Co. Sec., Derivative & Erisa Litig., 493 F. 3d 393 (3d Cir. 2007)(the use of after acquired information obtained through discovery may be utilized to establish demand futility in shareholder derivative litigations)

Rolnik v. AT&T Wireless Services, Inc., Superior Court of New Jersey ($43 million recovery);

In re Remeron Antitrust Litigation, Case No. 02-2007, District of New Jersey ($75 million recovery);

In re Lucent Securities Litigation, 327 F. Supp. 2d. 426 (D.N.J. 2004)($517 million recovery);

1

<u>In re AT&T Securities Litigation</u>, Master File No. 00-5364 (GEB), District of New Jersey ($100 million settlement);

<u>In re Honeywell International, Inc. Securities Litigation</u>, Lead Case No. 2:00cv03605 (DRD), District of New Jersey and 211 F.R.D. 255 (D.N.J. 2002)($100 million recovery)

<u>United States of America, ex. rel; Thomas G. Quinn v. Omnicare Inc., et als.</u>, Docket No. 03-2187, (3d. Cir. 2004)(successfully obtaining a summary judgment on behalf of defendants which was affirmed by the Third Circuit);

<u>Varsolona v. Breen Capital Services Corp.</u>, 360 N.J. Supp. 292 (App. Div. 2003), <u>aff'd as modified</u>, 180 N.J. 605 (2004);

<u>Williams et als. v. Chatmon, et als.</u>, Superior Court of New Jersey, Essex County ($1.6 million jury verdict in securities litigation);

<u>In Re: PSE&G Shareholder Litigation</u>, 173 N.J. 258 (2002); s<i>ee also</i>, 315 N.J. Super. 323 (Ch. Div. 1998);

<u>Burgo v. Volkswagen of Amer.</u>, 183 F. Supp. 2d. 683 (D.N.J. 2001)($1.3 million recovery);

<u>California Public Employees' Retirement System v. Chubb Corp.</u>, 127 F. Supp. 2d.

<u>In re: Nazi Era Cases Against German Defendants</u>, 135 F. Supp. 2d. 537 (D.N.J. 2000); 198 F.R.D. 429 (D.N.J. 2000);

<u>In re: Diet Drug Litigation, This Matter Relates to: Lynn Vadino, et. al., v. American Home Products Corp., et al.</u>, Case Code #240, Docket No. 3042-97, (Law Div. 1999)($2.5 billion dollar total recovery);

<u>In re: Nice Systems Securities Litigation</u>, 188 F.R.D. 206 (D.N.J. 1999);

<u>Burger-Fischer v. DeGussa AG</u>, 65 F. Supp. 2d. 248 (D.N.J. 1999);

<u>Weikel v. Tower Semiconductor, Ltd.</u>, 183 F.R.D. 377 (D.N.J. 1998)($16.25 million recovery in class action securities litigation);

<u>In re: Anadigics, Inc. Securities Litigation</u>, Master File No. 98-917 (MLC)($11.5 million recovery);

<u>In re: Mobilemedia Securities Litigation</u>, 28 F. Supp. 2d. 901 (D.N.J. 1998)($23.95 million recovery);

<u>Grassi v. Information Resources, Inc.</u>, 63 F. 3d. 596 (7th Cir. 1995)(class action securities litigation tried to conclusion);

In re: Hibbard Brown Securities Litigation, Master File No. 93 Civ 1150, MDL Docket 962 ($150 million approved claim in bankruptcy);

In re: General Tire & Rubber Co. Securities Litigation, 726 F. 2d. 1057 (6th Cir. 1994);

Gelles v. TDA Industries, 44 F. 3d. 102 (2d. Cir. 1994) (establishing standards in the Second Circuit on the "in connection with" principle for securities fraud);

Easton & Co. v. Mutual Benefit Life Insurance Co., Fed. Sec. L. Rep. (CCH) ¶'s 96,595, 97,294 and 97,348 (D.N.J. 1993)($2.75 million recovery);

Resolution Trust Corp. v. DiDomenico, 837 F. Supp. 623 (D.N.J. 1993);

In Re: Bronze and Copper Anti-Trust Litigation, Master File No. 93-4673 (AET), District of New Jersey;

V. Rachael Lerch, et als. v. Citizens First Bancorp, et al., 805 F. Supp. 1142 (D.N.J. 1992) and 144 F.R.D. 247 (D.N.J. 1992)($4 million recovery in securities litigation);

Zinberg v. Washington Bancorp, et al., 138 F.R.D. 397 (D.N.J. 1990)($2.1 million recovery in securities litigation);

In Re: C.R. Bard, Inc. Securities Litigation, Master File No. 90-948 (AMW), District of New Jersey ($18.1 million settlement);

In Re: The Regina Company, inc. Securities Litigation, Civil Action No. 88-4149 (HAA), District of New Jersey ($7.3 million recovery);

Pearl Newman, et al. v. On Line Software International, inc., et al., Civil Action No. 88-3247 (JLL), District of New Jersey ($4.1 million recovery during trial in class action securities litigation);

Rose Cammer, et als. v. Bruce M. Bloom, et als., Civil Action No. 88-2458 (AJL) (See 711 F. Supp. 1264 (D.N.J. 1989)($15 million recovery);

In Re: Todd Shipyards Securities Litigation, Master File No. 88-2580 (DRD), District of New Jersey ($12.6 million recovery);

Willis v. Rubiera Zim, 705 F. Supp. 205 (D.N.J. 1988);

Reufenacht v. O'Halleran, 737 F. 2d. 320 (3d. Cir. 1984), aff'd, sub. nom. Gould v. Reufenacht, 471 U.S. 701 (1985)(succeeded in persuading the Supreme Court to disavow the "sale of business doctrine" and afford a private right of action under the antifraud provisions of the federal securities laws to those who purchase businesses by acquiring stock rather than assets);

Emanuel Metz, etc. v. Jupiter Industries, et als., Civil Action No. 85-c-08414, Northern District of Illinois ($3.1 million recovery in class action securities litigation);

In Re: California Life Insurance Company Securities Litigation, MDL Docket No. 400 (LEW), Central District of California ($3.25 million recovery);

In Re: General Public Utilities Corporation Securities Litigation, Fed. Sec. L. Rep. (CCH) 1983-1984 Transfer Binder, ¶99,566 (D.N.J. 1983)($24.5 million recovery); and

Abramowitz v. Posner, 672 F. 2d. 1025 (2d. Cir. 1982) and 513 F. Supp. 120 (S.D.N.Y. 1981 shareholder derivative litigation).

Our firm also represents clients in substantial matrimonial actions involving divorce, custody, division of property and support as well as pre and postnuptial planning and agreements.  Firm members enjoy expertise in chancery and probate litigation as well as both federal and state criminal proceedings.  We also have a significant tort practice which includes personal injury, medical and legal malpractice, product liability, environmental matters and toxic torts.

We regularly represent creditors, debtors and third parties in bankruptcy cases ranging from individual insolvencies to complex reorganizations and related problems.

Our active transactional practice includes business planning, mergers, acquisitions, investments and franchising.  We offer a broad scope of legal services to our clients in corporate and financial transactions.  Our real estate experts provide practical knowledge and extensive expertise in the purchase, sale, development and financing of commercial and residential properties,  together with land use and environmental regulatory matters.

Many members of our firm are recognized experts in their particular areas of practice and have written, lectured and taught regularly.  Articles authored by firm members have been published in leading legal publications and repeatedly cited in reported decisions including those of the New Jersey Supreme Court.  We are consulted frequently by other members of the bar

throughout the United States.  Our firm acts as counsel in New Jersey to more than 100 leading law firms and practitioners both from within and without the state.

Our clientele includes many national and international corporations, local and regional companies, the State of New Jersey (which we represent in both securities and environmental litigation) government agencies and public and private pension funds as well as individuals from all walks of life, presenting problems requiring a high degree of professional skill and practical counseling.  Uniquely, a number of clients have continued to retain our firm for generations.

Above all we take great pride in the high quality of services rendered and in our steadfast dedication to the diligent representation of the interests of each of our clients.

## Peter S. Pearlman
psp@njlawfirm.com

Peter S. Pearlman practices primarily in the area of business and complex commercial litigation. Mr. Pearlman was graduated from the University of Illinois and Seton Hall University School of Law. He is admitted to practice and has represented clients before all state and federal courts in the State of New Jersey; Northern District of California; the United States District Courts for the Southern District of New York and the Northern District of California; the United States Circuit Courts of Appeals for the Second, Third, Fourth, Seventh and D.C. Circuits; and the United States Supreme Court. He has been permitted to appear *pro hac vice* before a number of state and federal district courts throughout the United States. He also regularly represents clients before FINRA, the Financial Industry Regulatory Authority.  He is certified by the Supreme Court of New Jersey's Board on Trial Attorney Certification as a civil trial attorney, a certification which has been given to less than 2% of the attorneys in New Jersey.  Mr. Pearlman is a member of the Lawyers' Advisory Committee for the U.S. District Court District of New Jersey and a trustee of the Association of the Federal Bar of New Jersey. He is AV rated by Martindale and Hubbell and is recognized in SuperLawyers for business litigation.   Mr. Pearlman is also listed in SuperLawyers Corporate Counsel.

Mr. Pearlman has lectured on topics involving business and complex commercial litigation for the American Bar Association, New Jersey Bar Association and the New Jersey Institute for Continuing Legal Education. He has taught trial advocacy for The National Institute of Trial Advocacy and also has taught trial and appellate skills at Hofstra, Widener and Roger Williams Schools of Law.

Cases in which Mr. Pearlman has been involved have been the subject of more than 60 published opinions, many of which have established important legal precedents.

Mr. Pearlman is a member of the Executive Committee of the firm.

## Selected Published Cases

*Herman v. YellowPages.com*, 2011 WL 1615078, _____ F. Supp. 2d ___ (S.D.Ca. 2011)

*Kalow & Springhut, LLP v. Commence Corporation,* 272  F.R.D. 397 (D.N.J. 2011)

*State of New Jersey, Dept. of Treasury v. Fuld*, 604 F.3d 816 (3d Cir. 2010)

*Alaska Electrical Pension Fund v. Pharmacia*, 554 F.3d 342 (3d Cir. 2009)

*In re Merck & Co. Sec., Derivative & ERISA Litig.*, 493 F.3d 393 (3d Cir. 2007)
(the use of after acquired information obtained through discovery may be utilized to establish demand futility in shareholder derivative litigation)

*In re AT&T Securities Litigation*, 455 F.3d 160 (3d Cir. 2006)

($100 million settlement for the benefit of the class)

*In re Remeron Antitrust Litigation*, 367 F. Supp. 2d 675 (D.N.J. 2005)
($75 million settlement for the benefit of the class)

*In re K-Dur Antitrust Litigation*, 338 F. Supp. 2d 517 (D.N.J. 2004)

*U.S. ex rel. Quinn v. Omnicare Inc.*, 382 F.3d 432 (3d Cir. 2004)
(the court established standards for Qui Tam litigation in the Third Circuit and held that pharmaceutical suppliers to long term care facilities in New Jersey had no obligation to reimburse Medicaid for returned medications, even if those medications later were resold by the suppliers)

*Varsolona v. Breen Capital Services Corp.*, 360 N.J. Super. 292 (App. Div. 2003), aff'd as modified, 180 N.J. 605 (2004)

*In re Cendant Corp. Litigation*, 243 F. Supp. 2d 166 (D.N.J. 2003)

*Naviant Marketing Solutions, Inc. v. Larry Tucker, Inc.*, 339 F. 3d 180 (3d Cir. 2003)

*In re Honeywell International Securities Litigation*, 211 F.R.D. 255 (D.N.J. 2002) ($100 million settlement obtained for the benefit of the class)

*In re: PSE&G Shareholder Litigation*, 173 N.J. 258 (2002)
(the Supreme Court adopted new liberalized pleading standards for plaintiffs in shareholder derivative litigation, rejecting the more rigid Delaware standards)

*In re: Honeywell International Securities Litigation*, 182 F. Supp. 2d 414 (D.N.J. 2002); 211 F.R.D. 255 (D.N.J. 2002)

*In re America Online, Inc.*, 168 F. Supp. 2d 1359 (S.D. Fla. 2001)

*Burgo v. Volkswagen of America*, 183 F. Supp. 2d 683 (D.N.J. 2001)

*California Public Employees Retirement System v. Chubb Corp.*, 127 F. Supp. 2d 572 (D.N.J. 2001)

*Noorily v. Thomas & Betts Corp.*, 188 F.3d 153 (3d Cir. 1999), cert. denied, 529 U.S. 1053 (2000)

*Megatech, Inc. v. NSD Acquisitions LP*, 215 F.3d 1320 (4th Cir. 2000)

*In re: Nazi Era Cases Against German Defendants*, 198 F.R.D. 429 (D.N.J. 2000)
(billion dollar settlement achieved for the benefit of the class)

*Brosious v. Children's Place*, 189 F.R.D. 138 (D.N.J. 1999)

*In re: Interneuron Pharmaceuticals Litigation*, 188 F.R.D. 3 (D. Mass. 1999)

*In re: Nice Systems Securities Litigation*, 188 F.R.D. 206 (D.N.J. 1999)

*Burger-Fischer v. DeGussa AG*, 65 F. Supp. 2d 248 (D.N.J. 1999)

*In re: Milestone Scientific Securities Litigation*, 183 F.R.D. 404 (D.N.J. 1998); also 187 F.R.D. 165 (D.N.J. 1999); also 103 F. Supp. 2d 425 (D.N.J. 2000)

*In re: Cendent Corporation Securities Litigation*, 182 F.R.D. 144 (D.N.J. 1998)

*In re: Computron Software Litigation*, 6 F. Supp. 2d 313 (D.N.J. 1998)

*Weikel v. Tower Semiconductor, Ltd.*, 183 F.R.D. 377 (D.N.J. 1998)
($16.25 million settlement achieved for the benefit of the class)

*In re: Mobilemedia Securities Litigation*, 28 F. Supp. 2d 901 (D.N.J. 1998)

*In Re: PSE&G Shareholder Litigation*, 315 N.J. Super. 323 (Ch. Div. 1998)

*Matter of TDA Industries, Inc.*, 240 A.D. 2d 262 (N.Y.A.D. 1 Dept. 1997)

*J.K. Funding, Inc. v. DeCara Enterprises, Ltd.*, 235 A.D. 2d 785 (N.Y.A.D. 3 Dept. 1997); also 270 A.D. 2d 456 (N.Y.A.D. 2 Dept. 2000)

*Grassi v. Information Resources, Inc.*, 63 F. 3d 596 (7th Cir. 1995)

*In Re: General Tire & Rubber Co. Securities Litigation*, 726 F.2d 1057 (6th Cir. 1994)

*Gelles v. TDA Industries*, 44 F.3d 102 (2d Cir. 1994)
(establishing new standards in the Second Circuit on the purchaser/seller requirement of SEC Rule 10b-5); also Fed. Sec. L. Rep. 1993 Transfer Binder 97,690 (S.D.N.Y. 1993); also Fed. Sec. L. Rep. 1990 Transfer Binder 96,110 (S.D.N.Y. 1991)

*Easton & Co. v. Mutual Benefit Life Insurance Co.*, Fed. Sec. L. Rep. (CCH) 1993 Transfer Binder 96,595, 97,294 and 97,348 (D.N.J. 1993)

*Resolution Trust Corp. v. DiDomenico*, 837 F. Supp. 623 (D.N.J. 1993)

*V. Rachael Lerch, et als. v. Citizens First Bancorp, et al.*, 805 F. Supp. 1142 (D.N.J. 1992); also 144 F.R.D. 247 (D.N.J. 1992)
($4 million settlement achieved for the benefit of the class)

*Franz v. Raymond Eisenhardt Sons, Inc.*, 732 F. Supp. 521 (D.N.J. 1990)

*Zinberg v. Washington Bancorp, et al.*, 138 F.R.D. 397 (D.N.J. 1990)
($2.1 million settlement achieved for the benefit of the class)

*Rose Cammer, et als. v. Bruce M. Bloom, et als.,* 711 F. Supp. 1264 (D.N.J. 1989)
($15 million settlement achieved for the benefit of the class)

*Willis v. Rubiera Zim*, 705 F. Supp. 205 (D.N.J. 1988)
(clarifying the right of arbitrators to award punitive damages on investors' claims)

*Reufenacht v. O'Halleran*, 737 F.2d 320 (3d Cir. 1984), aff'd, sub. nom.
*Gould v. Reufenacht*, 471 U.S. 701 (1985)
(the Supreme Court disavowed the sale of business doctrine, thereby confirming the right of
those who purchase businesses by acquiring the corporate stock rather than the business assets to
the protection of the anti-fraud provisions of the federal securities laws)

*In Re: General Public Utilities Corporation Securities Litigation*, Fed. Sec. L. Rep. (CCH) 1983-
1984 Transfer Binder, 99,566 (D.N.J. 1983)
($24.5 million settlement achieved for the benefit of the class)

*Abramowitz v. Posner*, 513 F. Supp. 120 (S.D.N.Y. 1981), *aff'd* 672 F.2d 1025 (2d Cir. 1982)
(setting standards for shareholder derivative litigation in the Second Circuit)

*Degenaars v. Degenaars*, 186 N.J. Super. 233 (Ch. Div. 1982)

*Turner v. Aldens, Inc.*, 179 N.J. Super. 596 (App. Div. 1981)

*Roem v. Borough of Dumont*, 176 N.J. Super. 397 (App. Div. 1980)

*In re: General Tire & Rubber Co. Securities Litigation*, 429 F. Supp. 1032 (J.P.M.L. 1977)

*Scott v. Richstein*, 129 N.J. Super. 516 (Law Div. 1974)

*Crowell v. United States of America*, 1972 A.M.C. 2086 (D.N.J. 1972)

## Jeffrey W. Herrmann

jwh@njlawfirm.com

Jeffrey W. Herrmann's practice is concentrated in the field of commercial litigation.  In this area he has successfully represented clients in both individual and class actions in such diverse areas as securities law, consumer fraud, bankruptcy, construction law and anti-trust matters.

Mr. Herrmann is admitted to practice and has appeared before all state and federal courts in the State of New Jersey, the U.S. District Court for the Southern District of New York, the U.S. Court of Appeals for the Second, Third and Seventh Circuits and the United States Supreme Court.  In addition, he regularly represents clients before FINRA, the Financial Industry Regulatory Authority, and the American Arbitration Association.

Mr. Herrmann has litigated numerous matters, which have been the subject of published opinions establishing important precedent both in New Jersey and nationally in the areas of securities fraud, consumer fraud and bankruptcy.  Mr. Herrmann has been recognized for several years by SuperLawyers in the following categories:  Securities Litigation, Business Litigation, Bankruptcy and Creditor/Debtor Rights.

Mr. Herrmann is a member of the American Bar Association, the New Jersey State Bar Association (of which he is co-chair of the Securities Litigation Committee) and the Bergen County Bar Association.  He frequently lectures for the N.J. Institute for Continuing Legal Education and the New Jersey State Bar Association.  In addition, he has been actively involved in charitable activities for many years.

Mr. Herrmann received a J.D. from Columbia University School of Law and a B.A. in History from Columbia University.

Mr. Herrmann started as a law clerk in 1975 and joined Cohn Lifland Pearlman Herrmann & Knopf LLP as an associate the following year.  He was elected as a partner of the firm in 1981 and is a member of the executive committee.

## Barry A. Knopf
bak@njlawfirm.com

Barry A. Knopf is a trial lawyer who has recovered millions of dollars on behalf of his clients. He has also participated in significant malpractice, personal injury and class action cases.

Mr. Knopf is admitted to the New Jersey Bar and to practice before the United States Court of Appeals for the Third Circuit, the United States Supreme Court, and the United States Tax Court. He has been a Certified Civil Trial Attorney since 1982, and was recertified in 1989, 1996, 2004 and 2009.

Mr. Knopf is an Adjunct Faculty member of the Trial Advocacy Program at Hofstra University School of Law.  He taught Settlement Techniques at the New Jersey Judicial College.  He was an instructor at the National Institute of Trial Advocacy from 1989-1995.  He has been and continues to be a lecturer and commentator for the New Jersey Institute for Continuing Legal Education where he participates in programs such as "How to Try a Wrongful Death Case," "Hot Tips in Tort Law," "How to Try a Malpractice Case," "Civil Trial Preparation," "Preparing and Trying Medical and Legal Negligence Cases," and, most recently, "Civil Case Update."

Mr. Knopf is a member of the Panel of Arbitrators of the American Arbitration Association.  He was a member of the Advisory Committee for the Skills and Methods Course at the New Jersey Institute for Continuing Legal Education.  He is a member of the American Association for Justice, the New Jersey Trial Lawyers Association, the American Bar Association, and the New Jersey State Bar Association.  Mr. Knopf is recognized by SuperLawyers in multiple categories: Business Litigation, Personal Injury Plaintiff, Medical Malpractice, Professional Liability and Plaintiff in continuing consecutive years.  Mr. Knopf was selected to the Top Lawyers in Bergen County list of 201 Magazine in 2011 by a peer review selection process.

Mr. Knopf currently serves as President of the Board of JESPY House Inc.  JESPY House is a non-profit organization whose goal is to enable adults with learning and developmental disabilities to lead independent lives and achieve their full potential.  He was the President of Temple Beth Tikvah from 1993-1995 and has been a Member of the Board of Trustees since 1983.

In addition to the areas described above, Mr. Knopf has always maintained an active interest and practice in the area of probate litigation representing both estates and contestants.  He is the author of the www.njprobatelitigation.njlawfirm.com blog.

A published author as well, Mr. Knopf's works include LexisNexis Practice Guide New Jersey Personal Injury Litigation (Mathew Bender/ Lexis-Nexis 2009)(editor); "Medical Malpractice" in LexisNexis Practice Guide New Jersey Personal Injury Litigation (Mathew Bender/ Lexis-Nexis 2007) (with Audra DePaolo);"Professional Negligence--Malpractice Law in New Jersey," Institute for Continuing Legal Education, 1981, (2nd ed. 1985) (3rd ed. 1990) (4th ed. 1996) (5th ed.____)(with Albert L. Cohn);  "Civil Trial Preparation," Practical Skills Series, New Jersey Institute for Continuing Legal Education, 1990 (2nd ed. 1992); a chapter entitled "Drugs and

14

Medical Devices: The Unavoidably Unsafe Products," in <u>New Jersey Product Liability Law</u>, New Jersey Law Journal Books, 1995 (co-author); "An Analysis of Case Law Concerning the Wrongful Death Act," <u>Institute for Continuing Legal Education</u>, 1994 (with Terri Del Greco (Smith)); "Fireman's Rule Revisited," <u>Institute for Continuing Legal Education</u>, 1992 (with Terri Del Greco (Smith)) and "Personal Injury Practice in New Jersey," <u>National Business Institute</u>, 1990 (co-author).

Mr. Knopf received his J.D. from Rutgers University School of Law and his undergraduate degree at Rutgers University.

Mr. Knopf is also a member of the firm executive committee.

## Published Cases

*Dupree v. City of Clifton*, 351 N.J. Super. 237 (App. Div. 2002), aff'd, 175 N.J. 449 (2003)

*Grzanka v. Pfeifer*, 301 N.J. Super. 563 (App. Div. 1997),
certif. den., 154 N.J. 607 (1998)

*Zweig by Zweig v. E.R. Squibb Sons, Inc.,* 222 N.J. Super. 306 (App. Div.), certif. den. 111 N.J. 614 (1988)

*Durham v. U.S. by C.I.R.*, 545 F.Supp. 1094 (D.N.J. 1982)

*Suchit v. Baxt*, 176 N.J. Super. 407 (Law Div. 1980)

*Scott v. Richstein*, 129 N.J. Super. 516 (Law Div. 1974)

## Joshua P. Cohn

jpc@njlawfirm.com

Joshua P. Cohn focuses on handling high-conflict litigation, including criminal defense (federal, state and municipal courts), commercial disputes, family disagreements (divorce, custody and domestic violence) as well as several other types of matters.  The breadth of Mr. Cohn's background enables him to handle these types of cases.

Upon completion of a federal court clerkship for the Hon. Alfred M. Wolin, Mr. Cohn began his career working for a large Wall Street law firm.  He returned to New Jersey in 1990 where he served as an Assistant Prosecutor handling both trials and appeals in the Bergen County Prosecutor's Office for approximately four years.  After this successful tour of duty in the Prosecutor's Office, Mr. Cohn joined the firm in 1994.  In addition to handling a full caseload, Mr. Cohn also serves as a Barrister in the Morris Pashman Inn of Court, a panelist on the Passaic County Matrimonial Early Settlement Panel.  He is also an active participant within the Federal Criminal Justice Act Program.  Mr. Cohn taught as an adjunct faculty member at the Seton Hall University School of Law from 1991 to 1997.  He is recognized as a SuperLawyer for General Litigation and Criminal Defense (2006-2011).

In addition to his membership in the New Jersey Bar, Mr. Cohn is also admitted to the Bars of the District of Columbia and the State of New York.  Mr. Cohn is a member of the American Bar Association, the New Jersey State Bar Association, the Bergen County Bar Association and the Association of the Federal Bar of the State of New Jersey.  He is also a lecturer for the New Jersey State Bar Foundation.  Mr. Cohn regularly appears as a legal commentator on network television.

Mr. Cohn received his J.D. cum laude from the Georgetown University Law Center in 1987 and he received his B.A. with honors from Hamilton College in 1984.

## Leonard Z. Kaufmann

lzk@njlawfirm.com

Leonard Z. Kaufmann primarily handles commercial litigation, including consumer and class action cases.  He is also experienced in environmental litigation, personal injury and professional malpractice matters.

In 2003, Mr. Kaufmann was named to the Million Dollar Advocates Forum whose membership is limited to those attorneys who have achieved a verdict or settlement in excess of one million dollars.

Mr. Kaufmann is certified as a Civil Trial Attorney by the Supreme Court of the State of New Jersey, and is a Court Approved Mediator pursuant to New Jersey Court Rule 1:40. He is admitted to practice in New Jersey and in New York, and before the United States Court of Appeals for the Third and Fourth Circuits. He has served as a Barrister of the Justice Robert L. Clifford American Inn of Court.

Mr. Kaufman authors a blog entitled "LawAndEveryDayLife."  In addition to lecturing for the New Jersey Institute for Continuing Legal Education, Mr. Kaufmann has published an article in the New Jersey Lawyer entitled, "A Need for Experts in Legal Malpractice Cases," New Jersey Lawyer, October 21, 1996.

Mr. Kaufmann is also a member of the New Jersey State and Bergen County Bar Associations.

Mr. Kaufmann received his J.D. from Rutgers University School of Law.   His B.A. was earned at the University of New Orleans and his masters in Social Work from Tulane University.

## Selected Published Cases

*Lauchheimer v. Gulf Oil*, 6 F. Supp. 2d, 339 (D.N.Y. 1998)

*Berke v. Buckley Broadcasting Corp.*, 359 N.J. Super. 587 (App. Div. 2003).

# Joseph A. Maurice

jam@njlawfirm.com

Joseph A. Maurice, a partner, practices primarily in the areas of commercial and criminal litigation.  He has experience with negligence, matrimonial and real estate work.  He has tried cases involving consumer fraud, Rico, securities fraud, personal injury, mortgage fraud, public entity liability and professional malpractice.  He has defended clients charged with indictable crimes involving narcotics and narcotics trafficking, conspiracy, theft, money laundering, assault and international interference with custody.  Mr. Maurice litigates in both state and federal courts.

Mr. Maurice is a court appointed mediator for the New Jersey Superior Court.  He served as the Borough of Paramus Municipal Prosecutor for the Criminal Part and formerly of the Traffic Part - a position he held from January 2005 to January 2010.  Prior to his affiliation with the firm, he was part of several smaller private practices and was also a pool attorney for the New Jersey Public Defender's Office where he was responsible for defending indigent persons charged with indictable crimes.

Mr. Maurice is a member of the Million Dollar Advocates Forum, which resulted from his trial of a securities fraud class action trial – Williams et al. vs. Chatmon et al.  Mr. Maurice was also counsel on QBE Insurance Company v P&F Container Services, Inc., 362 N.J.Super 445 (App. Div. 2003) a case concerning insurance coverage issues and the applicability of the MSC 90 endorsement to interstate/ intrastate trucking carriers.   Mr. Maurice is recognized as a Superlawyer for General Litigation and Criminal Defense.

Mr. Maurice graduated from Muhlenberg College (1991) and Pace University School of Law (1994).  Upon graduation from law school, Mr. Maurice clerked for the Honorable Bruce A. Gaeta, J.S.C. in the Criminal Part of the Bergen County Vicinage.  He is admitted to practice in New Jersey (1994), New York (1995), the United States District Court for the Southern and Eastern Districts of New York (2003) and the United States Supreme Court (2003).

Mr. Maurice's publications include "How to Prepare for an Attorney Consultation," (Paramus Magazine, August 2009), "Judge Liliana S. DeAvila-Silebi," with Demetra A. Maurice (The Bergen Barrister, Spring 2009) and "Mind Your Business:  Employee Use on Company Computers" (Paramus Chamber of Commerce website Business Center, Fall 2007).

Mr. Maurice is a member of the New Jersey State Bar Association.  He serves as a trustee for the Bergen County Bar Association where he has served on the Criminal and Civil Litigation Committees and is now co-chair of the Securities Law Committee, which he helped develop.  Mr. Maurice is a member of the District IIA Supreme Court Ethics Committee.  He has also lectured for the Bergen County Bar Foundation and participated in the 411 It's Your Life Program.  He is on the Board of Directors for Bergen Catholic High School located in Oradell, New Jersey.

## Robert D. Zatorski

rdz@njlawfirm.com

Robert D. Zatorski has extensive experience in medical and legal malpractice and personal injury cases. He has represented clients in a wide variety of commercial litigation and brokerage disputes. Mr. Zatorski was an Assistant Prosecutor in Hudson County between 1974 and 1976 and Chief from 1976 to 1980.

Mr. Zatorski has been quoted on numerous occasions by local and national media on a variety of topics, including the former NBA player Jayson Williams shooting case, Tyco-related cases against ex-CEO Dennis Kozlowski and banker Frank Quattrone, and the accusation of rape against Kobe Bryant.

He is admitted to the New Jersey Bar, the New York Bar, the U.S. Tax Court, the U.S. Court of Appeals for the Third Circuit and the U.S. Court of Claims. Mr. Zatorski is also admitted to practice before the U.S. Supreme Court.

Mr. Zatorski was a lecturer at the Institute for Continuing Legal Education and, between 1995 and 1999, a Master at the Justice Robert L. Clifford Inn of Court, where he served as Secretary to the Executive Board. He has lectured on "Proximate Cause in Professional Negligence Actions," among other topics. The Institute for Continuing Legal Education published his article "Overview and the Lost Chance Doctrine" in 1995.

Mr. Zatorski is a member of the New Jersey Bar Association, the New Jersey Trial Lawyers Association and the Bergen County Bar Association.

Mr. Zatorski received his J.D. from the Rutgers University School of Law and his B.A. from Rutgers University.

## Allen Susser

as@njlawfirm.com

Allen Susser's practice focuses on the purchase, sale and financing of commercial and residential real estate. He also works on other business transaction matters, such as the purchase, sale and creation of business entities. In addition, Mr. Susser devotes a large part of his practice to consumer loan debt collections and foreclosures, as well as commercial loan work-outs for local and regional lending institutions. He also heads the wills, trusts and estates group at the firm.

Mr. Susser is a member of the New Jersey State Bar Association and the Passaic County Bar Association of which he was a member of the Board of Trustees from 1984 to 1987. He was a member of the Board of Trustees, Passaic County Legal Aid Society from 1982 to 1987. Mr. Susser was a member of the Board of Directors of the Y.M. & Y.W.H.A. of North Jersey from 1985-1995.

Mr. Susser was awarded a J.D. from Vermont Law School and a B.A. from Fairleigh Dickenson University. Mr. Susser was law clerk to the Hon. Irving I. Rubin, Superior Court of New Jersey, 1977-78. Mr. Susser joined the firm in 1987.

## Published Cases

*Kali Bari Temple v. Bd. of Adj.*, 271 N.J. Super. 241 (App. Div. 1994)

*NPS Corp. v. Insurance Co. of North America*, 213 N.J. Super. 547 (App. Div. 1986)

*Henry v. Shopper's World*, 200 N.J. Super. 14 (App. Div. 1985)

# Mary Ann Stokes

mas@njlawfirm.com

Mary Ann Stokes has a wealth of experience in the full range of family law matters. Since 2005, her practice has been devoted exclusively to the mediation of family matters and to serving as a parenting coordinator at the request of parties and/or their attorneys. Since 2002, Ms. Stokes has mediated more than 1500 family matters and been appointed as parenting coordinator in over 80 cases. In addition, Ms. Stokes has served in numerous family cases as an arbitrator for both economic and parenting issues. Ms. Stokes is also trained in collaborative law.

In mediation, Ms. Stokes sets the stage for the discussion in realistic terms, while remaining sensitive to the needs of each party and to the overall difficult task at hand. Her goal is to assist the parties in arriving at decisions that meet the goals of their reconstituted family.

Ms. Stokes is admitted to the Bar in New Jersey, before the U.S. District Court for the District of New Jersey and the U.S. Supreme Court.

She is a member of the New Jersey State Bar Association, the Bergen Bar Association, the Bergen County Women Lawyers Association, the New Jersey Association of Professional Mediators and is on the Board of Directors of the New Jersey Chapter of the Association of Family and Conciliation Courts.

Ms. Stokes received her J.D. from Rutgers University School of Law. She attended Brooklyn College of the City University of New York which awarded her B.A. cum laude. She was elected to Phi Beta Kappa while a student at Brooklyn College.

Ms. Stokes joined the firm as a second year law clerk in 1985 and has been a partner for 19 years.

# Richard A. Schnoll

ras@njlawfirm.com

Richard A. Schnoll, a partner with the firm, concentrates his practice in the areas of personal injury and complex commercial litigation. He is also a member of the Disabilities Law Group in the Special Education practice as the primary trial attorney. Mr. Schnoll is the former Managing Attorney for Jacoby & Meyers and was an Assistant District Attorney, Kings County, New York. He was also a senior executive in a technology company. Mr. Schnoll authors the NJcaraccidentblog where he writes about the many issues related to automobile collisions and insurance.

Mr. Schnoll has extensive trial experience. As Managing Attorney at Jacoby & Meyers, Mr. Schnoll led the litigation teams that secured a multimillion dollar settlement for a brain damaged teenager who drowned in a motel pool and a multimillion dollar verdict against a municipality for negligence resulting in serious leg injuries. At the time it was the largest upheld verdict of its kind in the state. Mr. Schnoll recently has concentrated his efforts on commercial, including employment, litigation obtaining a number of outstanding settlements and verdicts on behalf of plaintiffs and defendants. His representations also encompass the areas of securities and real estate disputes.

Mr. Schnoll is admitted to the Bar in New Jersey, New York and California. He is also admitted to practice before the United States District Court for the Southern and Eastern Districts of New York, and the United States District Court for the District of New Jersey. Mr. Schnoll previously held NASD Series 7 and 66 licenses as well as Life and Health Insurance licenses in New Jersey and New York.

Mr. Schnoll is a member of the New Jersey State Bar Association and Association of Trial Lawyers of America-NJ. He is a former member of the Board of Directors of the New York State Trial Lawyers Association. Mr. Schnoll is currently an adjunct professor at Montclair State University.

Mr. Schnoll attended the Boston University School of Law where he was awarded a J.D. and SUNY at Stony Brook from which he received his B.A. degree.

## Selected Published Cases

*Smith v. Paterson*, 88 AD2d 917 (NY AD 2nd Dept 1982) (Article 78 proceeding challenging the suspension of a real estate broker's license)

*Celestial Food Corp of Coram, Inc., v.. N.Y.S. Liquor Authority*, 99 AD2d 25 (NY AD 2nd Dept 1984) (Article 78 proceeding challenging ruling of the NY State Liquor Authority requiring corporation to seal access to an adjoining game room)

## Andrew R. Macklin

arm@njlawfirm.com

Andrew R. Macklin practices mainly in the areas of commercial litigation, consumer protection, construction/transition litigation and personal injury. He also represents clients in contested probate matters. Mr. Macklin is a regular contributor to the njprobatelitigation.njlawfirm.com blog.

Mr. Macklin is admitted to the Bar in New Jersey and New York and to the United States District Court for the District of New Jersey. He is an Adjunct Professor at the Fordham University School of Law working with the Brendan Moore Trial Advocacy Center. He is a recent graduate of the Justice Morris Pashman American Inn of Court. Mr. Macklin was selected to SuperLawyers New Jersey Rising Stars in 2010.

He earned his J.D. from the Fordham University School of Law and his B.A. from Emory University. At Fordham, Mr. Macklin served on the Executive Board of the Brendan Moore Trial Advocacy Center, and was Notes & Articles Editor on the Fordham Environmental Law Review.

Mr. Macklin was a second year and third year law clerk at Cohn Lifland Pearlman Herrmann & Knopf LLP.

## Manuel Irizarry

mi@njlawfirm.com

Manuel Irizarry is an associate with the firm.  His practice focuses on commercial and real estate transactions, including the financing and re-financing of mortgages.  A large portion of his practice entails handling corporate matters, commercial and consumer loan collections and foreclosures.  He serves as counsel to local and regional lending institutions in commercial loan workouts, collection and foreclosure matters.  He also handles criminal law and family law matters.

Mr. Irizarry served as the Municipal Public Defender for the Borough of Totowa from 2004-2009.  He represented individuals who otherwise could not afford counsel before the Totowa Municipal Court.

He is admitted to the New Jersey Bar and to the United States District Court for the District of New Jersey.

Mr. Irizarry is a member of the American Bar Association and the New Jersey State Bar Association.

After graduating from Rutgers University School of Law, Newark with a J.D., Mr. Irizarry served as law clerk for the Honorable Richard F. Plechner of the Superior Court of New Jersey, Middlesex County.  He received his B.A. at Ramapo College.

24

## Audra DePaolo

ad@njlawfirm.com

Audra DePaolo is indispensable to a civil litigation practice.  She prepares appellate briefs and motions before the New Jersey Supreme Court and the Appellate Division.  She also handles estate administrations and drafts and reviews contracts and corporate documents for individual and business clients.  Ms. DePaolo was a judicial law clerk to the Hon. Peter Ciolino, A.J.S.C. (retired) former Assignment Judge of Bergen County.  She has been at Cohn Lifland Pearlman Herrmann & Knopf LLP since 1996.

Ms. DePaolo is admitted to the New Jersey and New York Bars.  She is also admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Third Circuit and the United States District Court for the District of New Jersey.

Ms. DePaolo is a member of the New Jersey State Bar Association and the Bergen County Bar Association.  Ms. DePaolo was recognized as a 2009 and 2010 Rising Star by SuperLawyers.

Ms. DePaolo co-authored the chapter on medical malpractice with Barry A. Knopf in LexisNexis Practice Guide New Jersey Personal Injury Litigation, 2007, 2008, 2009, 2010 and 2011 editions by Mathew Bender/ Lexis-Nexis.  Ms. DePaolo also co-authored "Better Left 'Forgotten' - The Future is Uncertain for False Memory Litigation," Medical Malpractice Law & Strategy Vol. XIV, No. 7, p. 1, May 1997, with Albert L. Cohn.

Ms. DePaolo's J.D. was awarded from Rutgers University School of Law, Newark.  She received her B.A. with honors from Rutgers University Rutgers College where she was elected to Phi Beta Kappa.

## Published Cases

*Naviant Marketing Solutions, Inc. v. Larry Tucker, Inc.*, 339 F.3d 180 (3d Cir. 2003) (reversing order imposing sanctions for failure to provide discovery)

*Dupree v. City of Clifton*, 351 N.J. Super. 237 (App. Div. 2002), aff'd, 175 N.J. 449 (2003) (affirming summary judgment for church in personal injury action)

*In re Villone*, 361 N.J. Super. 478 (App. Div. 2003) (affirming decision that will and trust were procured by undue influence)

*Noorily v. Thomas & Betts Corp.*, 188 F.3d 153 (3d Cir. 1999), cert. denied, 529 U.S. 1053 (2000) (reversing ERISA award for severance benefits)

*VanderWeert v. VanderWeert*, 304 N.J. Super. 339 (App. Div. 1997) (denying intervention in divorce proceeding)

## Charles R. Cohen

crc@njlawfirm.com

Charles R. Cohen is a Certified Civil Trial Attorney engaging in litigation in state and federal courts. His practice focuses on commercial litigation, employment discrimination, sexual harassment and wrongful termination, restrictive covenant litigation, fraud, insurance litigation, professional malpractice and serious personal injury litigation on behalf of both plaintiffs and defendants. Mr. Cohen also provides counsel to employers and employees in the negotiation of employment termination agreements and assists employers in the formulation and implementation of employment policies. He is experienced in commercial and residential leasing and transactional law, including real estate-related litigation. He maintains an active estate and probate litigation and equity practice in Chancery Courts.

Mr. Cohen is admitted to practice in New Jersey and New York. He is also admitted to practice before the U.S. District Court for the District of New Jersey, the New York State Courts, the U.S. District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals, Third Circuit and the U.S. Supreme Court. Mr. Cohen served as law clerk for the Hon. Herman D. Michels, Presiding Judge of the Superior Court of New Jersey, Appellate Division, during the 1983-1984 court term.

Mr. Cohen is a member of the Federal and New Jersey Bar Associations and the Morris and Essex County Bar Associations.

# Alex Pisarevsky

ap@njlawfirm.com

Alex Pisarevsky is an associate at Cohn Lifland, working primarily with the commercial litigation group. He graduated from the Benjamin N. Cardozo School of Law with a J.D., where he was the Managing Editor of the Cardozo Arts and Entertainment Law Journal and Co-president of the Russian Law Students' Association.  One of Mr. Pisarevsky's semesters at Cardozo was spent in the Prosecutor Practicum, a competitively-selected full-time internship with the Manhattan District Attorney's Office. At the Manhattan DA's Office, he worked in a general trial bureau and successfully prosecuted a narcotics eviction case.

Mr. Pisarevsky co-authored Chapter 6 "The Use of Character Proof in Civil and Criminal Matters" in New Jersey Trial and Evidence, New Jersey ICLE (2009) with Peter P. Green, Esq. and Barry A. Knopf, Esq.  He also has been in the Cardozo Arts & Entertainment Law Journal, "COPE-ing with the Future: An Examination of the Potential Copyright Liability of Non-Neutral Networks for Infringing Internet Content," 24 Cardozo Arts & Ent. L.J. 1359 (2008).

Mr. Pisarevsky is a graduate of the Rutgers Business School. He obtained his B.S. in Marketing, summa cum laude, in 2005. At Rutgers, he was the President of the Rutgers Consulting Club, where members set up opportunities for students to help local businesses. He was employed at MBI GluckShaw, a Trenton lobbying firm while at Rutgers.

Mr. Pisarevsky is a member of the New Jersey Bar, the Bergen County Bar Association and the New Jersey State Bar Association.

# Julie L. Kim

jlk@njlawfirm.com

Julie L. Kim is an associate in the Cohn Lifland family law group.

Ms. Kim served as a judicial law clerk to the Honorable Harold C. Hollenbeck, J.S.C., Superior Court of New Jersey, Bergen County, Family Part.

Ms. Kim is admitted to practice in New Jersey and New York and to the United States District Court for the District of New Jersey.  Ms. Kim is a member of the New Jersey State Bar Association, Family Law Section.  She is also a member of the Bergen County Bar Association and the Northern New Jersey Family Inns of Court.  Ms. Kim was selected as a SuperLawyer Rising Star 2011 for Family Law.

Prior to attending law school, Ms. Kim was Assistant Vice President at Putnam Investment Management in Boston, Massachusetts.

Ms. Kim earned her law degree from Seton Hall University School of Law.  She also holds an MBA from Boston College.  Ms. Kim received her B.A. from New York University.

## Jason C. Tuchman

jct@njlawfirm.com

Jason C. Tuchman is a member of the firm's family law group, where he handles complicated matrimonial matters from inception to conclusion. He is committed to advocating zealously for his clients, whether that advocacy consists of negotiation, discovery, the trial of a cause, appellate practice or alternate dispute resolution. His experience in family law runs the gamut of the practice area, including preparing and negotiating prenuptial, postnuptial and separation agreements, resolving contested custody and parenting issues, analyzing equitable distribution of marital assets in each case, including identifying and handling complex valuation issues, and dealing with spousal and child support.

Mr. Tuchman is admitted to practice in New Jersey, New York and Connecticut and to the United States District Court for the District of New Jersey.

Mr. Tuchman served as a judicial law clerk to the Honorable Michael K. Diamond, Judge of the Superior Court, Presiding Judge of the Family Part, Passaic County. During his law school career, Mr. Tuchman worked for the Miami-Dade County Family Court where he assisted litigants complete the necessary legal documents for divorce actions, name changes, paternity, child custody and post-judgment modification cases.

He is a member and Trustee of the Passaic County Bar Association. Mr. Tuchman also serves as the Vice-Chair of the Passaic County Bar Association Matrimonial Committee. His article, "Special Needs and Divorce: What You Should Know," co-authored with Denise Dimson Rekem, Esq., was published in Club JCC, Issue 8/July 2010.

Mr. Tuchman earned his law degree from the University of Miami School of Law, *cum laude*, where he was a staff writer for the University of Miami Law Review and a Dean's Merit Scholarship recipient. He received his B.A. in Economics from Tufts University.

**Javier J. Royal**
jjr@njlawfirm.com

Javier J. Royal is an associate with the firm and a regular contributor to the njcaraccidentlawblog.com.

Mr. Royal received his J.D. from Fordham University School of Law and his B.A. from Georgetown University, graduating with a double major in English and Spanish.

At Fordham, Mr. Royal was a member of the Brendan Moore Trial Advocacy Team and represented the law school at several competitions in New York, Florida and Texas.  He also participated in the Federal Litigation Clinic, assisting in the successful representation of two indigent clients accused of federal crimes.

Mr. Royal was a summer law clerk with Cohn Lifland in 2008 and was hired as an associate in the fall of 2009.  He is a member of the New Jersey Bar and the Bergen County Bar Association.