UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| In re LIPITOR ANTITRUST LITIGATION |
|---|

MDL No. 2332
No. 12-2389 (PGS/DEA)

SUPERSEDING ORDER

This order vacates and supersedes the order of June 6, 2012 (Docket Entry No. 32).

Whereas a motion to appoint plaintiffs' counsel has been filed, and there is some controversy surrounding same (see Docket Entry No. 17); and

Whereas cooperation among counsel is critical, as well as the trust and confidence each plaintiff has with it lead counsel; and

Whereas the Court is not opposed to co-lead counsel, if desirable; and

Whereas the Court will provide a facility for a private meeting of plaintiffs' counsel at the courthouse subsequent to the July 9, 2012 status conference, if requested by counsel;

NOW THEREFORE, IT IS on this 7th day of June, 2012;

ORDERED that the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. (James E. Cecchi, Esq.), and Cohn, Lifland, Pearlman, Herrmann & Knopf, LLP (Peter S. Pearlman, Esq.) will jointly convene a meeting of Plaintiffs' counsel in both the direct and indirect cases in order that all Plaintiffs' counsel may participate in and resolve appointment of counsel and other leadership structure issues; and it is further

ORDERED that the aforementioned firms shall confer and agree on a date, time, and location of the meeting for plaintiffs' counsel and advising the Court by way of a telephone conference on June 15, 2012 at 3:00 p.m.

<u>s/Peter G. Sheridan</u>  
PETER G. SHERIDAN, U.S.D.J.

June 7, 2012