# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | _____ | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| | | | | +MEMBER FL BAR ONLY |

June 13, 2012

<u>VIA ECF</u>

Hon. Peter G. Sheridan
United States District Court
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re: *In re Lipitor Antitrust Litigation*
      <u>Civil Action No. 12-2389(PGS)(DEA)</u>

Dear Judge Sheridan:

  We wish to advise the Court that, in accordance with the Court's June 7, 2012 Order, that counsel for the Direct Purchaser Class Plaintiffs have reached an agreement as to a leadership structure. We will be submitting a proposed Order to Your Honor shortly memorializing that agreement.

  We also wish to advise the Court that Lisa Rodriguez has advised us that Indirect Purchaser Plaintiffs' counsel do not yet have a deal, but are working diligently and hope to have an agreement soon.

  Thank you for your continued attention to this matter. If you have any questions, we are available at your convenience.

           Respectfully submitted,

          CARELLA, BYRNE, CECCHI,
          OLSTEIN, BRODY & AGNELLO

           /s/ James E. Cecchi

          JAMES E. CECCHI

cc: All Counsel (via ECF)