Joseph M. Alioto, SBN 42680
Theresa D. Moore, SBN 99978
Jamie L. Miller, SBN 271452
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile: (415) 434-9200

LAW OFFICE OF JAMES M. DOMBROSKI
James M. Dombroski, SBN 56898
P.O. Box 751027
Petaluma, CA 94975
Telephone: (707) 762-7807
Facsimile: (707) 769-0419
Email: jdomski@aol.com

*Attorneys for Plaintiffs RP Healthcare, et al.*
[ADDITIONAL COUNSEL APPEAR ON LAST PAGE]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: LIPITOR ANTITRUST LITIGATION** | MDL NO. 2332 <br><br> Master Docket No.: <br> 3:12-cv-2389(PGS/DEA) <br><br> **NOTICE OF MOTION AND MOTION TO REMAND** <br><br> **Honorable Peter G. Sheridan** <br><br> **(Document Filed Electronically)** |
| **This Document Relates To:** <br><br> *RP Healthcare, Inc., et al. v. Pfizer, Inc., et al.,*  No. 3:12-cv-1059-JSW | |

PLEASE TAKE NOTICE that on September 17, 2012, at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey  08608, the undersigned attorneys for RP Healthcare, et al. will move before the U.S. District Court

1

for the District of New Jersey, Hon. Peter G. Sheridan, U.S.D.J., for an Order Granting Plaintiffs' Motion for Remand.

In support of this Motion, Plaintiffs will reply upon the Declaration of James M. Dombroski and the brief which are filed in support hereof.

DATED:   August 13, 2012

                                                */s/ Joseph M. Alioto*
Joseph M. Alioto
Alioto Law Firm
225 Bush Street, 16th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile: (415) 434-9200
*Counsel for RP Healthcare Inc., et al. (3:12-cv-1059-JSW)*

| | |
|---|---|
| Joseph M. Alioto, Sr.<br>Angelina Alioto-Grace<br>Theresa Driscoll Moore<br>Tom Pier<br>Jamie L. Miller<br>ALIOTO LAW FIRM<br>225 Bush Street, 16th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 434-8900<br>Facsimile:  (415) 434-9200<br>jmalioto@aliotolaw.com<br>tmoore@aliotolaw.com<br>jmiller@aliotolaw.com<br>tpier@aliotolaw.com<br>*Counsel for RP Healthcare Inc., et al. (12-cv-1059-JSW)* | Jeffery K. Perkins<br>LAW OFFICES OF JEFFERY K. PERKINS<br>1550-G Tiburon Boulevard, #344<br>Tiburon, CA  94920<br>Telephone:  (415) 302-1115<br>Facsimile:  (415) 435-4053<br>jefferykperkins@aol.com<br>*Counsel for RP Healthcare Inc., et al. (12-cv-1059-JSW)* |
| Russell F. Brasso<br>FOREMAN AND BRASSO<br>930 Montgomery Street, Suite 600<br>San Francisco, CA  94133<br>Telephone:  (415) 433-3475<br>Facsimile:  (415) 781-8030<br>brasso@foremanandbrasso.com<br>*Counsel for RP Healthcare Inc., et al. (12-cv-1059-JSW)* | James M. Dombroski<br>LAW OFFICES OF JAMES M. DOMBROSKI<br>P.O. Box 751027<br>Petaluma, CA  94975<br>Telephone:  (707) 762-7807<br>Facsimile:  (707) 769-0419<br>jdomski@aol.com<br>*Counsel for RP Healthcare Inc., et al. (12-cv-1059-JSW)* |
| John Haslet Boone<br>LAW OFFICES OF JOHN H. BOONE<br>4319 Sequoia Drive<br>Oakley, CA  94561<br>Telephone:  (415) 434-8900<br>Facsimile:  (415) 434-9200<br>deacon38@gmail.com<br>*Counsel for RP Healthcare Inc., et al. (12-cv-1059-JSW)* | |