TRUJILLO RODRIGUEZ & RICHARDS, LLC
Lisa J. Rodriguez
258 Kings Highway East
Haddonfield, NJ 08033
Telephone No. (856) 795-9002
Facsimile No. (856) 795-9887
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LIPITOR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All End-Payor Class Actions | MDL No. 2332<br><br>Master File No. 3:12-cv-02389 (PGS) |

### NOTICE OF UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION OF JACKSON D. BIGHAM

PLEASE TAKE NOTICE that on December 3, 2012, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs will move in the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, New Jersey, for an Order pursuant to Local Civil Rules 7.1 (d) and 101.1 (c) granting admission *pro hac vice* to Jackson D. Bigham in this action.

In support of the Motion, Plaintiffs will rely on the Certifications of Lisa J. Rodriguez and Jackson D. Bigham which are attached. A proposed form of Order accompanies this Motion.

                                              TRUJILLO RODRIGUEZ & RICHARDS, LLC

Dated: November 7, 2012        By:   s/ Lisa J. Rodriguez
                                                Lisa J. Rodriguez