Joseph M. Alioto
Theresa D. Moore
Jamie L. Miller
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

John Haslet Boone
LAW OFFICES OF JOHN H. BOONE
4319 Sequoia Drive
Oakley, CA 94561
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

LAW OFFICE OF JAMES M. DOMBROSKI
James M. Dombroski
P.O. Box 751027
Petaluma, CA 94975
Telephone: (707) 762-7807
Facsimile: (707) 769-0419

Penelope A. Preovolos
Stuart C. Plunkett
Eric J. Wiesner
MORRISON & FOERSTER LLP
425 Market St.
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for CVS Caremark Corporation*

*Attorneys for Plaintiffs RP Healthcare, et al.*
[ADDITIONAL COUNSEL APPEAR ON LAST PAGE]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LIPITOR ANTITRUST LITIGATION | MDL NO. 2332<br>Master Docket No.:<br>3:12-cv-2389(PGS/DEA) |
| This Document Relates To:<br><br>*RP Healthcare, Inc., et al. v. Pfizer, Inc., et al.*, Docket No. 3:12-cv-5129 (PGS/DEA) | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CVS CAREMARK CORPORATION<br><br>SO ORDERED: [signature]<br>DATED: 8/21/13 |

sf-3322983

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiffs RP Healthcare, Inc., Chimes Pharmacy, Inc., James Clayworth, R.Ph., an individual, d/b/a Clayworth Pharmacy, Marin Apothecaries, Inc., d/b/a Ross Valley Pharmacy, Golden Gate Pharmacy Services, Inc., d/b/a Golden Gate Pharmacy, Pediatric Care Pharmacy, Inc., Meyers Pharmacy, Inc., Tony Mavrantonis, R. Ph., an individual, d/b/a Jack's Drug, and Tilley Apothecaries, Inc., d/b/a Zweber's Apothecary (collectively, "Plaintiffs") and Defendant CVS Caremark Corporation hereby stipulate and agree that this action be dismissed with prejudice with respect to CVS Caremark Corporation and no other defendant. Each Party shall bear its own costs of suit and attorneys' fees incurred in connection with this litigation.

Respectfully Submitted:

DATED: August 20, 2013

*/s/ Stuart C. Plunkett*
Penelope A. Preovolos
Stuart C. Plunkett
Eric J. Wiesner
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
Fax: 415-268-7522
PPreovolos@mofo.com
SPlunkett@mofo.com
EWiesner@mofo.com

*Attorneys for CVS Caremark Corporation*

1

sf-3322983

/s/ *Joseph M. Alioto*
Joseph M. Alioto
Angelina Alioto-Grace
Theresa D. Moore
Tom Pier
Jamie L. Miller
Alioto Law Firm
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email:  jmalioto@aliotolaw.com
        tmoore@aliotolaw.com
        jmiller@aliotolaw.com
        tpier@aliotolaw.com


Russell F. Brasso
FOREMAN AND BRASSO
930 Montgomery Street, Suite 600
San Francisco, CA  94133
Telephone:  (415) 433-3475
Facsimile:  (415) 781-8030
brasso@foremanandbrasso.com

John Haslet Boone
LAW OFFICES OF JOHN H. BOONE
4319 Sequoia Drive
Oakley, CA  94561
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
deacon38@gmail.com

James M. Dombroski
LAW OFFICES OF JAMES M. DOMBROSKI
P.O. Box 751027
Petaluma, CA  94975

2

Telephone: (707) 762-7807
Facsimile: (707) 769-0419
jdomski@aol.com


Gil D. Messina
Timothy A. May
MESSINA LAW FIRM
961 Holmdel Road
Holmdel, NJ 07733
Telephone: (732) 332-9300
Facsimile: (732) 332-9301
gmessina@messinalawfirm.com

Jeffery K. Perkins
LAW OFFICES OF JEFFERY K. PERKINS
1550-G Tiburon Boulevard, #344
Tiburon, CA 94920
Telephone: (415) 302-1115
Facsimile: (415) 435-4053
jefferykperkins@aol.com

Ekaterina Schoenefeld
Schoenefeld Law Firm LLC
32 Chambers Street, Suite 2
Princeton, NJ 08542
Tel.: (609) 688-1776
Fax: (609) 228-4099
eschoenefeld@schoenefeldlaw.com


*Attorneys for RP Healthcare Plaintiffs*

| | |
|---|---|
| Joseph M. Alioto, Sr.<br>Angelina Alioto-Grace<br>Theresa Driscoll Moore<br>Tom Pier<br>Jamie L. Miller<br>ALIOTO LAW FIRM<br>225 Bush Street, 16th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 434-8900<br>Facsimile: (415) 434-9200<br>jmalioto@aliotolaw.com<br>tmoore@aliotolaw.com<br>jmiller@aliotolaw.com<br>tpier@aliotolaw.com<br>*Counsel for RP Healthcare Inc., et al. Docket No. 3:12-cv-5129 (PGS/DEA)* | Jeffery K. Perkins<br>LAW OFFICES OF JEFFERY K. PERKINS<br>1550-G Tiburon Boulevard, #344<br>Tiburon, CA 94920<br>Telephone: (415) 302-1115<br>Facsimile: (415) 435-4053<br>jefferykperkins@aol.com<br>*Counsel for RP Healthcare Inc., et al. Docket No. 3:12-cv-5129 (PGS/DEA)* |
| Russell F. Brasso<br>FOREMAN AND BRASSO<br>930 Montgomery Street, Suite 600<br>San Francisco, CA 94133<br>Telephone: (415) 433-3475<br>Facsimile: (415) 781-8030<br>brasso@foremanandbrasso.com<br>*Counsel for RP Healthcare Inc., et al.*<br>*Docket No. 3:12-cv-5129 (PGS/DEA)* | James M. Dombroski<br>LAW OFFICES OF JAMES M. DOMBROSKI<br>P.O. Box 751027<br>Petaluma, CA 94975<br>Telephone: (707) 762-7807<br>Facsimile: (707) 769-0419<br>jdomski@aol.com<br>*Counsel for RP Healthcare Inc., et al.*<br>*Docket No. 3:12-cv-5129 (PGS/DEA)* |

| | |
|---|---|
| John Haslet Boone<br>LAW OFFICES OF JOHN H. BOONE<br>4319 Sequoia Drive<br>Oakley, CA  94561<br>Telephone:  (415) 434-8900<br>Facsimile:  (415) 434-9200<br>deacon38@gmail.com<br>*Counsel for RP Healthcare Inc., et al.*<br>*Docket No. 3:12-cv-5129 (PGS/DEA)* | Gil D. Messina<br>Timothy A. May<br>Messina Law Firm<br>961 Holmdel Road<br>Holmdel, NJ  07733<br>Telephone:  (732) 332-9300<br>Facsimile:  (732) 332-9301<br>gmessina@messinalawfirm.com<br>*Counsel for RP Healthcare Inc., et al.*<br>*Docket No. 3:12-cv-5129 (PGS/DEA)* |
| Ekaterina Schoenefeld<br>Schoenefeld Law Firm LLC<br>32 Chambers Street, Suite 2<br>Princeton, NJ 08542<br>Tel.: (609) 688-1776<br>Fax: (609) 228-4099<br>eschoenefeld@schoenefeldlaw.com<br>*Counsel for RP Healthcare Inc., et al. Docket No. 3:12-cv-5129 (PGS/DEA)* | |