UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LIPITOR ANTITRUST LITIGATION | MDL No. 2332 |
| THIS DOCUMENT RELATES TO: | Master Docket No. 3:12-cv-2389 (PGS) |
| RP Healthcare, Inc., et al. v. Pfizer, Inc., et al. Case No. 3:12-cv-5129 | **ORDER** |

**THIS MATTER** comes before the Court on a Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 289) by Defendants Daiichi Sankyo Co., Ltd and Daiichi Sankyo, Inc.; and Plaintiffs having opposed the motion; and the Court having reviewed the parties' submissions; and having held oral argument on July 24, 2013; and for the reasons set forth on the record on November 15, 2013,

IT IS on this **18th** day of **November, 2013**;

ORDERED that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint against Defendants Daiichi Sankyo, Inc. and Daiichi Sankyo Company, Limited (ECF No. 289) is **GRANTED**; and it is further

ORDERED that the Clerk of the Court shall also terminate Defendants' Motion to Dismiss Plaintiffs' originally filed Complaint (ECF No. 242) as moot.

_____
HONORABLE PETER G. SHERIDAN, U.S.D.J.

RECEIVED
NOV 19 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK