## UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-0508

CHAMBERS OF                                                    Clarkson Fisher Building and
PETER G. SHERIDAN                                                      U.S. Courthouse
                                                                     402 East State Street
                                                                   Trenton, New Jersey 08608

TO:      All Counsel of Record

FROM:    Peter G. Sheridan

DATE:    May 8, 2013

RE:      In Re Lipitor Antitrust Litigation
         12-cv-2389 (PGS)

         In Re Effexor XR Antitrust Litigation
         11-cv-5479 (PGS)
_____

Please see below the tentative agenda for issues to be discussed at the Thursday, May 1, 2014 status conference:

a. Progress on mediation;

b. RP Healthcare's motion to permit early appeal (argument may be conducted by telephone if requested);

c. Argument on indirect purchaser state law claims in the In Re Lipitor Antitrust Litigation;

d. Calendar for summer 2014; and

e. Sourcebook for indirect purchaser state law claims in the In Re Effexor XR Antitrust Litigation;

Please advise if there are any changes or additions to the tentative agenda.