```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
                    Minute of Proceeding
```

OFFICE: TRENTON

Judge Peter G. Sheridan                    Date: June 5, 2014

Court Reporter FRANK GABLE

TITLE OF CASE:                             CIVIL 12-2389 (PGS)
BURLINGTON DRUG CO., INC., et al
vs.
PFIZER INC., et al

**In Re LIPITOR ANTITRUST LITIGATION**

APPEARANCES:
See Attached List for Counsel-Appearance

Status conference held.

Ordered that the monthly status conference shall resume on September 4, 2014 at 10:00 a.m.

```
TIME COMMENCED: 10:20 A.M.
TIME ADJOURNED: 10:30 A.M.            s/Dolores J. Hicks
TOTAL TIME:       0:10                    Deputy Clerk
```