James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700

*Liaison Counsel for the Direct Purchaser Class*

[*Additional Counsel Listed on Signature Page*]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: LIPITOR ANTITRUST LITIGATION | Master Docket No.: 12-2389 (PGS)(DEA) |
| THIS DOCUMENT RELATES TO:<br><br>All Direct Purchaser Class Actions | **NOTICE OF MOTION** |

To:     All Counsel on ECF Service List

PLEASE TAKE NOTICE that on November 3, 2014, at 10 a.m. or as soon thereafter as counsel maybe heard, the undersigned counsel for Direct Purchaser Class Plaintiffs shall move before the Honorable Peter G. Sheridan, U.S.D.J. at the United States Courthouse, 402 East State Street, Trenton, New Jersey for an Order pursuant to Fed.R.Civ.P. 59 altering or amending the judgment dated September 12, 2014 (ECF No. 567) granting Direct Purchaser Class Plaintiffs leave to amend their complaint.

Direct Purchaser Class Plaintiffs will rely upon the attached Memorandum of Law. A proposed amended complaint is also attached.

The undersigned hereby requests oral argument.

Dated: October 10, 2014

Respectfully submitted,

/s/ James E. Cecchi
James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY, & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700
jcecchi@carellabyrne.com

_____
Thomas M. Sobol
Kristen Johnson Parker
Gregory T. Arnold
HAGENS BERMAN SOBOL SHAPIRO
LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700
tom@hbsslaw.com
kristenjp@hbsslaw.com
grega@hbsslaw.com

_____
Peter S. Pearlman
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600
psp@njlawfirm.com

_____
Bruce E. Gerstein
Joseph Opper
GARWIN GERSTEIN & FISHER, LLP
88 Pine Street
New York, NY 10005
(212) 398-0055
bgerstein@garwingerstein.com
jopper@garwingerstein.com

*Liaison Counsel for the Direct Purchaser Class*

_____
Eric L. Cramer
David F. Sorensen
Daniel Simons
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305
(215) 875-3000
ecramer@bm.net
dsorensen@bm.net

*Lead Counsel for the Direct Purchaser Class*

Bruce E. Gerstein
Joseph Opper
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Suite 1416
New York, NY 10036

Dianne Nast
Daniel N. Gallucci
Erin C. Burns
RODANAST, P.C.
801 Estelle Drive

(212) 398-0055
bgerstein@garwingerstein.com
jopper@garwingerstein.com

David P. Smith
Susan Segura
David C. Raphael, Jr.
Erin R. Leger
SMITH SEGURA & RAPHAEL, LLP
3600 Jackson St., Suite 111
Alexandria, LA 71303
(318) 445-4480
dsmith@ssrllp.com
draphael@ssrllp.com
eleger@ssrllp.com
ssegura@ssrllp.com

Stuart E. Des Roches
Andrew W. Kelly
Craig Glanz
ODOM & DES ROCHES, LLP
650 Poydras Street, Suite 2020
New Orleans, LA 70130
(504) 522-0077
stuart@odrlaw.com
akelly@odrlaw.com
cglantz@odrlaw.com

*Counsel for Burlington Drug Co., Inc.*

Lancaster, PA 17601
(717) 892-3000
dnast@rodanast.com
dgallucci@rodanast.com
eburns@rodanast.com

Mike Roberts
Stephanie Egner Smith
Jana Eager
Debra Gaw Josephson
ROBERTS LAW FIRM
20 Rahling Circle
Little Rock, AR 72223
(501) 821-5575
mikeroberts@robertslawfirm.us
stephanieegner@robertslawfirm.us
janaeager@robertslawfirm.us
debrajosephson@robertslawfirm.us

Dan Gustafson
Karla M. Gluek
Joseph C. Bourne
GUSTAFSON GLUEK
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
jbourne@gustafsongluek.com

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO
LLP55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700
tom@hbsslaw.com

*Counsel for Stephen L. LaFrance Holdings, Inc. and Stephen L. LaFrance Pharmacy, Inc. d/b/a SAJ Distributors*

Thomas M. Sobol
David S. Nalven

Bruce E. Gerstein
Dan Litvin

Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO
LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700
tom@hbsslaw.com
kristenjp@hbsslaw.com
davidn@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Don Barrett
DON BARRETT, P.A.
404 Court Square North
Lexington, MS 39095
(662) 834-9168
dbarrett@barrettlawgroup.com

*Counsel for Professional Drug Co.*

Garwin Gerstein & Fisher, LLP
88 Pine Street, 10th Floor
New York, NY 10005
(212) 398-0055
bgerstein@garwingerstein.com
dlitvin@garwingerstein.com

David P. Smith
Susan Segura
David C. Raphael, Jr.
Erin R. Leger
SMITH SEGURA & RAPHAEL, LLP
3600 Jackson St., Suite 111
Alexandria, LA 71303
(318) 445-4480
dsmith@ssrllp.com
draphael@ssrllp.com
eleger@ssrllp.com
ssegura@ssrllp.com

Stuart E. Des Roches
Andrew W. Kelly
Craig Glanz
ODOM & DES ROCHES, LLP
650 Poydras Street, Suite 2020
New Orleans, LA 70130
(504) 522-0077
stuart@odrlaw.com
akelly@odrlaw.com
cglantz@odrlaw.com

*Counsel for Value Drug Co.*

Peter Kohn
Neill W. Clark
FARUQI & FARUQI, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
(215) 277-5770
pkohn@faruqilaw.com
nclark@faruqilaw.com

Eric L. Cramer
David F. Sorensen
Daniel Simons

Thomas M. Sobol
David S. Nalven
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO
LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700
tom@hbsslaw.com
kristenjp@hbsslaw.com
davidn@hbsslaw.com

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305
(215) 875-3000
ecramer@bm.net
dsorensen@bm.net
acurley@bm.net

Barry Taus
Brett Cebulash
TAUS, CEBULASH & LANDAU
80 Maiden Lane, Suite 1204
New York, NY 10038
(212) 931-0704
btaus@tcllaw.com
bcebulash@tcllaw.com

*Counsel for Rochester Drug Cooperative,*
*Inc.*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

*Counsel for American Sales Company LLC*