UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re LIPITOR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>End-Payor Class Actions | Civil Action No. 3:12-cv-02389 (PGS)<br><br>**ORDER** |

    WHEREAS, this matter has been opened before the Court on motions filed by defendants Ranbaxy, Ranbaxy Laboratories Limited, and Ranbaxy Pharmaceuticals Inc., for an Order pursuant to Fed. R. Civ. P. 12 [ECF No. 491], and defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Co., and Warner-Lambert Company, LLC, for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [ECF No. 494] to dismiss the Amended Complaints of all End Payor Class Purchasers; and

    WHEREAS, the court has considered the initial and supplemental papers and arguments of the parties; and

    WHEREAS, the court finds that the facts supporting the claims pleaded in the Amended Complaint of the End-Payor Class Plaintiffs are substantially similar to the claims pleaded by the Direct Purchaser Class Plaintiffs, which have been resolved by Memorandum dated September 12, 2014 [ECF No. 566] and accompanying Order of even date [ECF No. 567]; and

    NOW THEREFORE, for the reasons set forth in the Memorandum dated September 12, 2014 [ECF No. 566] and accompanying Order of even date [ECF No. 567], and for good cause shown,

    IT IS on this 30th day of October, 2014,

ORDERED that the Motion of Defendants Ranbaxy, Ranbaxy Laboratories Limited, and Ranbaxy Pharmaceuticals Inc. is GRANTED as to the End-Payor Class Plaintiffs; and it is further

ORDERED that the Motion of Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Co., and Warner-Lambert Company, LLC, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED as to the End-Payor Class Plaintiffs; and it is further

ORDERED that the Amended Complaint of plaintiff the End-Payor Class Plaintiffs [ECF No. 473] be and is hereby DISMISSED WITH PREJUDICE.

Dated: October 30, 2014

_____
PETER G. SHERIDAN, U.S.D.J.