# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re LIPITOR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Cases | Civil Action No. 3:12-cv-02389 (PGS)<br><br>**ORDER** |

The Court having adopted L.Civ.R.301.1 and Appendix Q, and this Rule having established a program for mediation of civil actions; and it appearing that mediation of this civil action would conserve the resources, and be in the best interests, of the Court and of the parties; and the parties having consented to mediation; and good cause appearing;

IT IS on this 17TH day of November, 2014,

ORDERED THAT:

1. This civil action be, and hereby is, referred to mediation consistent with said Rule.

2. Counsel and the parties shall mutually participate in mediation and shall cooperate with the mediator who has been selected by the parties.

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator.

4. The mediator may meet with counsel and parties jointly or ex parte. All information presented to the mediator shall be deemed confidential and shall be disclosed by the mediator only upon consent of counsel, except as necessary to advise the Court of an apparent failure to participate. The mediator shall not be subject to subpoena by any party. No statements made or documents prepared for mediation sessions shall be disclosed in any subsequent proceeding or be constructed as an admission against interests.

5. The parties are to advise the court of their mediation plan, if any.

6. All proceedings in this civil action, including the Direct Purchaser Class Plaintiffs' Motion to Amend the Judgment (ECF No. 583) are hereby stayed until February 16, 2015.

7. The parties shall notify the Court of the status of this matter immediately after the mediation has concluded, or by February 18, 2015.

Dated: November 17, 2014

_____
PETER G. SHERIDAN, U.S.D.J.