# CONNELL FOLEY LLP
### ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

LIZA M. WALSH
DIRECT DIAL: (973) 533-4216
lwalsh@connellfoley.com

November 18, 2014

***Via ECF and Federal Express***
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: **In re Effexor XR Antitrust Litigation
Lead Case No. 11-5479 (PGS) (LHG)**

**In re Lipitor Antitrust Litigation
Civil Action No. 3:12-2389 (PGS/DEA); MDL No. 2332**

Dear Judge Sheridan:

  We write on behalf of all parties in the above-named matters to request that the Court reschedule the status conferences currently scheduled for December 4, 2014 because of scheduling conflicts. The parties have met and conferred, and we understand that December 8, 2014 is available for all parties, if that date is available and agreeable to the Court. The parties therefore respectfully request that the status conferences be rescheduled for that date or some other date that is convenient for the Court. As always, we appreciate Your Honor's continued attention to this matter and are available to discuss any questions or concerns.

             Respectfully submitted,

             *s/Liza M. Walsh*

             Liza M. Walsh

cc:  All Counsel of Record (via ECF)