**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-0508

CHAMBERS OF
PETER G. SHERIDAN

Clarkson Fisher Building and
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

TO: All Counsel of Record

FROM: Peter G. Sheridan

DATE: November 24, 2014

RE: In Re Lipitor Antitrust Litigation
12-cv-2389 (PGS)

---

In my last order (staying the case for mediation) I did not address the status of monthly meetings.

Please be advised commencing immediately, the monthly meetings in *In Re Lipitor Antitrust Litigation* are suspended until further order of the Court.

Thank you for your attention to this matter.