Joseph M. Alioto
Theresa D. Moore
Jamie L. Miller
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

James M. Dombroski
**LAW OFFICE OF JAMES M. DOMBROSKI**
P.O. Box 751027
Petaluma, CA 94975
Telephone: (707) 762-7807
Facsimile: (707) 769-0419

*Attorneys for Plaintiffs RP Healthcare, et al.*

[ADDITIONAL COUNSEL APPEAR ON LAST PAGE]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: LIPITOR ANTITRUST LITIGATION** | MDL NO. 2332 |
| | Master Docket No.: |
| | 3:12-cv-2389(PGS/DEA) |
| | **NOTICE OF APPEAL** |
| **This Document Relates To:** | Honorable Peter G. Sheridan |
| *RP Healthcare, Inc., et al. v. Pfizer, Inc., et al.,* Docket No. 3:12-cv-5129 (PGS/DEA) | |

# NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1291, Plaintiffs RP Healthcare, Inc., *et al.*, appeal to the United States Court of Appeals for the Third Circuit from:

- Memorandum and Order Denying Motion to Remand, Dkt. No. 212, October 25, 2012;

- Order Denying Motion to Remand, Dkt. No. 519, February 2, 2014;

- Memorandum, Dkt. No. 566, September 12, 2014;

- Opinion and Order Granting Defendants' Motion to Dismiss the First Amended Complaint, Dkt. No. 610, November 5, 2014 (Member case Docket No. 91).

This Notice encompasses the Memoranda and Orders as well as all prior Orders and rulings made by the District Court.

DATED:   December 1, 2014

                                             */s/ Joseph M. Alioto*
                                             Joseph M. Alioto
                                             Alioto Law Firm
                                             One Sansome Street, 35th Floor
                                             San Francisco, CA  94104
                                             Telephone:  (415) 434-8900
                                             Facsimile: (415) 434-9200

                                             *Attorneys for Plaintiffs RP Healthcare Inc., et al. Docket No. 3:12-cv-5129 (PGS/DEA)*

| | |
|---|---|
| Joseph M. Alioto, Sr.<br>Angelina Alioto-Grace<br>Theresa Driscoll Moore<br>Tom Pier<br>Jamie L. Miller<br>ALIOTO LAW FIRM<br>One Sansome Street, 35th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 434-8900<br>Facsimile:  (415) 434-9200<br>jmalioto@aliotolaw.com<br>tmoore@aliotolaw.com<br>jmiller@aliotolaw.com<br>tpier@aliotolaw.com<br>*Counsel for RP Healthcare Inc., et al.*<br>*Docket No. 3:12-cv-5129 (PGS/DEA)* | Jeffery K. Perkins<br>LAW OFFICES OF JEFFERY K. PERKINS<br>1550-G Tiburon Boulevard, #344<br>Tiburon, CA  94920<br>Telephone:  (415) 302-1115<br>Facsimile:  (415) 435-4053<br>jefferykperkins@aol.com<br>*Counsel for RP Healthcare Inc., et al.*<br>*Docket No. 3:12-cv-5129 (PGS/DEA)* |
| Gil D. Messina<br>Timothy A. May<br>Messina Law Firm<br>961 Holmdel Road<br>Holmdel, NJ  07733<br>Telephone:  (732) 332-9300<br>Facsimile:  (732) 332-9301<br>gmessina@messinalawfirm.com<br>*Counsel for RP Healthcare Inc., et al.*<br>*Docket No. 3:12-cv-5129 (PGS/DEA)* | James M. Dombroski<br>LAW OFFICES OF JAMES M. DOMBROSKI<br>P.O. Box 751027<br>Petaluma, CA  94975<br>Telephone:  (707) 762-7807<br>Facsimile:  (707) 769-0419<br>jdomski@aol.com<br>*Counsel for RP Healthcare Inc., et al.*<br>*Docket No. 3:12-cv-5129 (PGS/DEA)* |
| Ekaterina Schoenefeld<br>Schoenefeld Law Firm LLC<br>32 Chambers Street, Suite 2<br>Princeton, NJ 08542<br>Tel.: (609) 688-1776<br>Fax: (609) 228-4099<br>eschoenefeld@schoenefeldlaw.com<br>*Counsel for RP Healthcare Inc., et al.*<br>*Docket No. 3:12-cv-5129 (PGS/DEA)* | |

## **CERTIFICATE OF SERVICE**

The undersigned certified that on December 1, 2014, a copy of the foregoing Notice of Appeal was filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

DATED:   December 1, 2014

>        */s/ Joseph M. Alioto*
> Joseph M. Alioto
> *Attorney for Plaintiffs*
> *RP Healthcare, Inc., et al. v. Pfizer, Inc., et al.,* Docket No. 3:12-cv-5129 (PGS/DEA)