# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW



PARK 80 WEST - PLAZA ONE, 250 PEHLE AVE., SUITE 401, SADDLE BROOK, NJ 07663
201-845-9600 • FAX 201-845-9423 • clphk@njlawfirm.com • www.njlawfirm.com

PETER S. PEARLMAN, ESQ.  Email: psp@njlawfirm.com
Direct Dial: 551-497-7131/Cell Phone: 201-709-0597

February 13, 2015

**VIA ECF ONLY**
Hon. Peter G. Sheridan, U.S.D.J.
Clarkson Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

           RE:   *In re Lipitor Antitrust Litig.*, Case No. 3:12-2389 (PGS/DEA)
                    Individual *Direct Purchaser Class Actions:* 3:12-6774 (PGS/DEA)

Dear Judge Sheridan:

      The Direct Purchaser Class Plaintiffs submit this letter in accordance with Your Order (ECF #617) requesting an updated status upon the conclusion of the mediation. As Jonathan Marks, the mediator agreed to by the parties, has informed the Court, mediation efforts have not resulted in a resolution. And, no progress will be made until the parties receive clarification concerning the procedural posture of the plaintiffs' complaint.

      On September 12, 2014 the Court issued its ruling on the defendants' motion to dismiss. On October 10, 2014, plaintiffs filed a motion to alter the judgment to allow plaintiffs to file an amended complaint (ECF # 583). That motion has been fully briefed. Oral argument was held on November 6, 2014. The Court has that motion under advisement.

      The Court may accept the plaintiffs' amended complaint and assess the allegations therein, or the Court may reject the motion to alter judgment and allow the appellate process to begin. In either event, that issue is now ripe and must be resolved prior to any meaningful progress being made in this matter.

      This case has now been pending for three (3) years. We respectfully ask the Court to rule on plaintiffs' motion to alter judgment as soon as practicable.

                                                    Respectfully yours,

                                                    */s/ Peter S. Pearlman*

                                                    PETER S. PEARLMAN

PSP:glv
cc: All Counsel of Record (via ECF only)