**COHN LIFLAND PEARLMAN**
**HERRMANN & KNOPF LLP**
**PETER S. PEARLMAN**
250 Pehle Avenue, Suite 401
Park 80 West Plaza-One
Saddle Brook, NJ 07663
201-845-9600
psp@njlawfirm.com
Attorneys for Direct Purchaser Plaintiffs
(Additional Counsel appear on signature page)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LIPITOR ANTITRUST LITIGATION | MDL No. 2332 |
| This Document Relates To:<br><br>All Direct Purchaser Actions | Master Docket No. 3:12-cv-2389 (PGS/DEA)<br><br>Civil Action No.: 3:11-cv-6872 (PGS/DEA)<br>Civil Action No.: 3:12-cv-2417 (PGS/DEA)<br>Civil Action No.: 3:12-cv-2436 (PGS/DEA) |

## AMENDED NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Rochester Drug Co-Operative, Inc., Stephen L. LaFrance Holdings, Inc., Stephen L. LaFrance Pharmacy, Inc. d/b/a SAJ Distributors, Burlington Drug Co., Inc., Value Drug Company, Professional Drug Company, Inc., and American Sales Company LLC, on behalf of themselves and all others similarly situated, hereby amend their Notice of Appeal previously filed (Dkt. No. 589) pursuant to F. R. App. P. 4(a)(4)(B)(ii) and appeal to the United States Court of Appeals for the Third Circuit from: Memorandum and Order, Dkt. No. 447 (Aug. 21, 2013); Memorandum and Order, Dkt. No. 455 (Sept. 5, 2013); Memorandum, Dkt. No. 566 (Sept. 12, 2014); Order, Dkt. No. 567 (Sept. 12, 2014); and Order, Dkt. No. 631 (Mar. 17, 2015).  This notice encompasses the Memoranda and Orders as well as all prior Orders and rulings made by the District Court.

Dated: March 31, 2015

Respectfully submitted,

/s/Peter S. Pearlman
COHN LIFLAND PEARLMAN HERRMANN &
KNOPF LLP
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600
psp@njlawfirm.com

/s/David F. Sorensen
Eric L. Cramer
David F. Sorensen
Daniel C. Simons
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305
(215) 875-3000
ecramer@bm.net
dsorensen@bm.net
dsimons@bm.net

/s/ James Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY,
& AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700
jcecchi@carellabyrne.com

*Liaison Counsel for the Direct Purchaser
Class*

/s/ Bruce E. Gerstein
Bruce E. Gerstein
Joseph Opper
Kimberly Hennings
GARWIN GERSTEIN & FISHER, LLP
88 Pine Street, 10th Floor
New York, NY 10005
(212) 398-0055
bgerstein@garwingerstein.com
jopper@garwingerstein.com
khennings@garwingerstein.com


/s/ Thomas M. Sobol
Steve W. Berman
Thomas M. Sobol
Kristen Johnson Parker
Gregory T. Arnold
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700
steve@hbsslaw.com
tom@hbsslaw.com
kristenjp@hbsslaw.com
grega@hbsslaw.com
*Lead Counsel for the Direct Purchaser Class*

2