**SCHNADER HARRISON SEGAL & LEWIS** LLP
**A Pennsylvania Limited Liability Partnership**
**LISA J. RODRIGUEZ**
**New Jersey Managing Partner**
**Woodland Falls Corporate Park**
**220 Lake Drive East, Suite 200**
**Cherry Hill, New Jersey  08002-1165**
**Phone: (856) 482-5741 ▪ Fax: (856) 482-2578**

*Liaison Counsel for End-Payor Class Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LIPITOR ANTITRUST LITIGATION | MDL No. 2332 |
| | Master Docket No. 3:12-cv-2389 (PGS/DEA) |
| This Document Relates To: | |
| ALL END-PAYOR CLASS ACTIONS | No. 3:12-cv-2519 (PGS-DEA) |

## ORDER SUBSTITUTING INTERIM CO-LEAD COUNSEL

**THIS MATTER** having been presented to the Court by Lisa J. Rodriguez, Liaison

Counsel for End-Payor Class Plaintiffs, for an Order withdrawing the appearance of J. Douglas

Richards of Cohen Milstein Sellers & Toll, PLLC, and substituting Sharon K. Roberson, Cohen

Milstein Sellers & Toll, PLLC, as Interim Co-Lead Counsel, and the Court having considered the

letter request and this proposed Order, and for good cause shown;

**IT IS ON THIS** _____3_____ day of ___April___, 2017,

**ORDERED** that J. Douglas Richards of Cohen Milstein Sellers & Toll, PLLC, who was

appointed as Interim Co-Lead Counsel by Order dated August 10, 2012 [Dkt. 109] is hereby

withdrawn as Interim Co-Lead Counsel on behalf of End-Payor Class Plaintiffs.

**FURTHER ORDERED** that Sharon K. Robertson of Cohen Milstein Sellers & Toll,

PLLC, is hereby appointed as Interim Co-Lead Counsel on behalf of End-Payor Class Plaintiffs.

Entering Attorney is a member of the New Jersey Bar (Bar No. 030642006), and Ms.

Robertson's information is as follows:

> Sharon K. Robertson
> Cohen Milstein Sellers & Toll PLLC
> 88 Pine Street, 14th Floor
> New York, NY 10005
> Telephone: (212) 838-7797
> Email: srobertson@cohenmilstein.com

**BY THE COURT:**

_____

Honorable Peter G. Sheridan, U.S.D.J.