

LISA J. RODRIGUEZ, NEW JERSEY MANAGING PARTNER
WOODLAND FALLS CORPORATE PARK
220 LAKE DRIVE EAST   SUITE 200   CHERRY HILL, NJ   08002-1165
856.482.5222   FAX 856.482.6980   schnader.com

Lisa J. Rodriguez
Direct Dial 856-482-5741
Direct Fax 856-482-2578
E-Mail: lrodriguez@schnader.com

February 22, 2019

**VIA ECF**

Honorable Douglas E. Arpert, U.S.M.J.
United States District Court District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 6000
Trenton, NJ 08608

Re:   In Re: Lipitor Antitrust Litigation
       Master Docket No.: 12-2389 (PGS) (DEA)
       MSP Recovery Claims, Series, LLC, et al v. Pfizer Inc., et al
       Civil Action No. 3:18-cv-14414 (PGS) (DEA)

Dear Judge Arpert:

      I am writing in response to your February 19th text order regarding MSP. The end-payor plaintiffs have had the opportunity to meet and confer with the MSP plaintiffs. They have agreed to consolidate their case with the end-payor plaintiffs action for administrative purposes. They are also open to staying the unique claims of their case.

      We are continuing to discuss the details of the consolidation and potential stay. I will report back to the Court early next week with more details.

      I am available to answer any questions the Court may have.

Respectfully yours,

*/s Lisa J. Rodriguez*
Lisa J. Rodriquez
Interim Liaison Counsel for the End-Payor Plaintiffs
For Schnader Harrison Segal & Lewis, LLP

LJR/mpw

PHDATA 6757063_1