IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE LIPITOR ANTITRUST LITIGATION<br><br>This Document Related To:<br><br>ALL CASES | Master Docket No.<br><br>3:12-cv-02389-PGS-DEA |
|---|---|

## AMENDED SCHEDULING ORDER

It is hereby ORDERED that the amended scheduling order previously entered at ECF No. 754 will be amended as follows:

1. It is hereby ORDERED that litigation shall proceed under the following schedule:

| Event | Current | Amended |
|---|---|---|
| Date for commencing rolling production of documents. Privilege logs that correspond to each production shall be served no later than six weeks thereafter.[1] | [none] | May 30, 2019 |
| Date for substantial completion of production of documents responsive to RFPs served on or before March 1, 2018; date for Defendants to report election as to waiver of privilege | [none] | September 26, 2019 |
| Fact discovery closes | June 14, 2019 | March 26, 2020 |
| Plaintiffs serve all opening expert reports | August 14, 2019 | May 21, 2020 |
| Defendants serve opposition expert reports | October 14, 2019 | July 30, 2020 |
| Plaintiffs serve rebuttal expert reports | November 26, 2019 | September 17, 2020 |
| Close of expert discovery[2] | February 3, 2020 | November 12, 2020 |

---

[1] Plaintiffs can commit to make a substantive production by this date only if Court issues a decision on Defendants' letter regarding discovery from plaintiffs (ECF No. 812) on or before March 29, 2019 and no objection or appeal is taken. Defendants continue to believe that the commencement date should be uniform for all parties.

[2] Each expert is to be deposed only one time.

2. Further deadlines are suspended as the parties negotiate the remaining dates of the schedule. No later than two weeks after the undersigned's ruling on ECF No. 812, the parties are directed to submit proposed dates for the remainder of the schedule.

Dated: April 1, 2019

BY THE COURT:

_____
Honorable Douglas E. Arpert, U.S.M.J.