# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 WEST - PLAZA ONE 250 PEHLE AVE. SUITE 401 SADDLE BROOK N.J. 07663 201-845-9600 FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

**PETER S. PEARLMAN, ESQ.  Email: psp@njlawfirm.com**
**Direct Dial: 551-497-7131 / Cell Phone: 201-709-0597**

April 9, 2019

**Via ECF**
Honorable Peter G. Sheridan, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street, Room 4050
Trenton, New Jersey 08608

   Re: *In re Lipitor Antitrust Litigation*
     Civil Action No.:  3:12-cv-02389-PGS-DEA

Dear Judge Sheridan:

  As Your Honor knows, this firm is one of the counsel for the direct purchaser class plaintiffs in the above-referenced matter.  I write on behalf and at the request of all parties in response to Your Honor's March 29, 2019 Judicial Notice to Counsel to advise the Court that all parties consent to the appointment of a discovery master.

  Counsel are in the process of meeting and conferring in an attempt to come to a collective resolution on the other three items raised in that Notice and request, respectfully, a short extension of time to do so.  With the Court's permission, counsel propose to advise the Court by April 25, 2019 of the parties' resolution of the remaining issues or their respective positions on any issue(s) they have not been able to resolve.

         Respectfully,

         */s/ Peter S. Pearlman*

         Peter S. Pearlman

PSP/mds

cc: All Counsel of Record *(Via ECF)*