# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 WEST - PLAZA ONE 250 PEHLE AVE. SUITE 401 SADDLE BROOK N.J. 07663 201-845-9600 FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

**PETER S. PEARLMAN, ESQ.   Email: psp@njlawfirm.com**
**Direct Dial: 551-497-7131 / Cell Phone: 201-709-0597**

May 29, 2019

**Via ECF**
Honorable Peter G. Sheridan, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street, Room 4050
Trenton, New Jersey 08608

      Re:   *In re Lipitor Antitrust Litigation*
            Civil Action No.:  3:12-cv-02389-PGS-DEA

Dear Judge Sheridan:

    We are one of the attorneys representing the direct purchaser class plaintiffs in the above referenced matter.  I write on behalf of counsel for all parties submitting a proposed Order Appointing Discovery Master in this matter which, counsel believe, deals with each of the matters raised in Your Honor's memorandum Notice of March 29, 2019.  In the expectation and hope that Your Honor finds this order acceptable, we request, respectfully, that you sign and enter it.

    With this submission, I understand it will not be necessary for counsel to appear at the hearing scheduled for tomorrow.

    Naturally Your Honor should feel free to contact counsel at your convenience with respect to this matter.

                                                   Respectfully,

                                                   */s/ Peter S. Pearlman*

                                                   Peter S. Pearlman

PSP/mds
Enclosure

    cc:    All Counsel of Record *(W/Encl. via ECF)*