# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: LIPITOR ANTITRUST LITIGATION** | MDL No. 2332 |
| This document relates to:<br><br>All Direct Purchaser Class Actions<br>All End-Payor Class Actions<br>All Individual Retailer Plaintiff Actions | Master Docket No. 3:12-cv-2389 (PGS/DEA) |

## ORDER APPOINTING DISCOVERY MASTER

1. Pursuant to Federal Rule of Civil Procedure 53, and by consent of all parties, the Court hereby appoints Jose L. Linares as a discovery master (hereinafter the "Discovery Master") in the above-captioned matters in accordance with the terms set forth in this Order.

2. The Discovery Master shall have responsibility to decide, in the first instance, all currently pending discovery disputes that have been raised in letters to Magistrate Judge Arpert in the above-captioned matters.  [ECF No. 812.]  The Discovery Master shall also have responsibility to decide, in the first instance, all future discovery disputes that otherwise would have been directed to Magistrate Judge Arpert in these matters.  After issuing an order, opinion, report or other directive, the Discovery Master shall reduce the order, opinion, report or other directive to writing and file it electronically on the case docket via Electronic Case Filing ("ECF").

3. The Discovery Master shall determine, after consultation with the parties, the format in which discovery disputes shall be presented to the Discovery Master.  All substantive hearings before the Discovery Master shall be stenographically recorded by a court reporter, subject to the Discovery Master's preference and the agreement of both parties. The Court reporter shall make the transcripts available to the Discovery Master and the Parties within 7 days of the hearing.

4.  The Discovery Master's decisions on any motion can be appealed to Judge Sheridan in the manner, and subject to the same deadlines and standards of review, as if it were a decision of a Magistrate Judge in accordance with L. Civ. R. 72.1(c) and Fed. R. Civ. P. 53(f)(3-5).

5.  The Discovery Master shall be entitled to communicate *ex parte* with the Court in his discretion.  In connection with the Discovery Master's role pursuant to this Order, the parties shall be bound by the same rules of *ex parte* communications as they are with the Court.  The Discovery Master may have *ex parte* communications with attorneys only regarding non-substantive and solely administrative matters (e.g., confirming scheduling logistics for a hearing).

6.  The Discovery Master shall bill his time on this matter at the rate of $1,000 per hour. The Discovery Master's fees shall be allocated 50% to the plaintiffs and 50% to the defendants.  The plaintiffs shall agree among themselves as to the allocation of their collective 50% share and, failing agreement, the Discovery Master shall decide the allocation.  Likewise, the defendants shall agree among themselves as to the allocation of their collective 50% share and, failing agreement, the Discovery Master shall decide the allocation.  The Discovery Master shall bill the parties on a monthly basis, and the parties will provide the Discovery Master with the name of an individual(s) for each side who will be responsible for receiving billing and remitting payment.

7.  The Discovery Master's appointment shall continue until he has disposed of all motions filed by the deadline for the filing of summary judgment motions. The parties may, however, request that the Court extend the appointment to deal only with specific discovery motions, if any, that are filed after that date.

IT IS SO ORDERED.

May _____, 2019

_____
Honorable Peter J. Sheridan, U.S.D.J.