# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 WEST - PLAZA ONE 250 PEHLE AVE. SUITE 401 SADDLE BROOK N.J. 07663 201-845-9600 FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

**PETER S. PEARLMAN, ESQ.  Email: psp@njlawfirm.com**
**Direct Dial: 551-497-7131 / Cell Phone: 201-709-0597**

June 26, 2019

**Via ECF**
Honorable Peter G. Sheridan, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street, Room 4050
Trenton, New Jersey 08608

    **Re:** *In re Lipitor Antitrust Litigation*
       **Civil Action No.:  3:12-cv-02389-PGS-DEA**

Dear Judge Sheridan:

  We are one of the firms representing the Direct Purchaser Class Plaintiffs in the above referenced action. I am authorized on behalf of all parties to advise Your Honor that the proposed form of Order Appointing a Discovery Master which Your Honor submitted on June 19, 2019 (ECF No. 862) is agreeable to all parties. No party requests any changes or has any comment with respect thereto.

           Respectfully yours,

           */s/ Peter S. Pearlman*

           Peter S. Pearlman

PSP/mds

cc: All Counsel of Record *(Via ECF)*