

Jose L. Linares
Partner
T. 973-639-7944
F. 973-297-3743
jlinares@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

August 9, 2019

**VIA ECF**

Liza M. Walsh, Esq.
Walsh Pizzi O'Reilly Falanga, LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, NJ 07102

James E. Checchi, Esq.
Carella, Byrne, Cecchi, Olstein, Brody &
Agnello P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739

Peter S. Pearlman, Esq.
Cohn Lifland Pearlman Herrmann &
Knopf, LLP
Park 80 West Plaza One
250 Pehle Avenue - Suite 401
Saddle Brook, NJ 07663

Arnold B. Calmann, Esq.
Saiber LLC
One Gateway Center
10th Floor, Suite 1000
Newark, NJ 07102-5311

**Re:  In re: Lipitor Antitrust Litigation - MDL No. 2332**
**Master Docket No. 3:12-cv-2389 (PGS/DEA)**

Dear Counsel:

Please accept this letter as a confirmation of today's telephonic status conference pertaining to the above-captioned matter.  Counsel has advised the undersigned that the parties are working towards ensuring compliance with Judge Arpert's Court Order of May 23, 2019.  I have advised Judge Arpert of our conference and that all parties are continuing to work diligently to ensure that the issues that were raised, and since ensued, in the Order of May 23, are being tended to.  Should any issues arise in connection with your ability to comply with said Order, I expect counsel to advise the undersigned immediately via letter so that we can schedule an in-person conference to resolve same.

I thank counsel for its cooperation and courtesy during our recent call.  Please keep me advised should any new issues develop which require my attention.

Very truly yours,

/s/Jose L. Linares

Jose L. Linares

JLL/mls

cc:  Hon. Douglas E. Arpert, U.S.M.J.
      Hon. Peter J. Sheridan, U.S.D.J.

ME1 31158312v.1