# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 WEST - PLAZA ONE 250 PEHLE AVE. SUITE 401 SADDLE BROOK N.J. 07663 201-845-9600 FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

**PETER S. PEARLMAN, ESQ.  Email: psp@njlawfirm.com**
**Direct Dial: 551-497-7131  /  Cell Phone: 201-709-0597**

October 15, 2019

**<u>Via ECF</u>**
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court, District of New Jersey
Clarkson F. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Newark, New Jersey 08608

    **Re:** **<u>In Re: Lipitor Antitrust Litigation.</u>**
       **Case No.:  12-cv-02389-PGS-DEA**

Dear Judge Arpert:

As one of the counsel for the Direct Purchaser Plaintiff Class, we submit on behalf of counsel for all parties, and with their concurrence, an additional Further Amended Scheduling Order, supplementing the further Amended Scheduling Order entered on October 1, 2019 (ECF No. 899).

The parties request, respectfully, that if it meets with the Court's approval, Your Honor So Order it.  Naturally, counsel stand ready to discuss this with Your Honor should you wish.

          Respectfully,

          *s/ Peter S. Pearlman*

          Peter S. Pearlman

PSP:mds
Enclosure