IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE LIPITOR ANTITRUST LITIGATION**<br><br>**This Document Related To:**<br><br>**ALL CASES** | **Master Docket No.**<br><br>**3:12-cv-02389-PGS-DEA** |

**FURTHER AMENDED SCHEDULING ORDER**

It is hereby ORDERED that the Further Amended Scheduling Order previously entered at ECF No. 899 will be supplemented as follows:

| Event | Date |
|---|---|
| Class certification motions | November 9, 2021 |
| *Daubert* motions to exclude any expert whose opinions are being challenged as to class certification and/or summary judgment ("Round 1 *Dauberts*")[1] | December 14, 2021 |
| Class certification oppositions | January 4, 2022 |
| Class certification replies | February 8, 2022 |
| Round 1 *Daubert* oppositions | February 22, 2022 |
| Round 1 *Daubert* replies | April 5, 2022 |
| Hearing on class certification and/or Round 1 *Dauberts* | To be set by the Court |
| Conference to discuss Rule 56 briefing and further scheduling. The parties shall submit proposed scheduling for Rule 56 briefing, Round 2 *Dauberts*, and trial after the Court's ruling(s) on class certification and in advance of the scheduling conference. | To be scheduled no earlier than 14 days after the Court's ruling(s) on class certification. |

Dated: *October 16, 2019*

BY THE COURT:

_____
Honorable Douglas E. Arpert, U.S.M.J.

---

[1] If an expert has offered opinions as to both class certification and merits issues, and the opposing party elects not file a *Daubert* motion as to class certification issues and only seeks to challenge that expert's merits opinion(s), then such a merits-only *Daubert* motion may be filed during Round 2 *Daubert* motions. For the avoidance of doubt, no party may file a Round 2 *Daubert* motion as to an expert's class certification opinions; all such motions must be filed during Round 1 *Dauberts*.