

Lisa J. Rodriguez, New Jersey Managing Partner
Woodland Falls Corporate Park
220 Lake Drive East   Suite 200   Cherry Hill, NJ  08002-116
856.482.5222   Fax 856.482.6980   schnader.com

Lisa J. Rodriguez
Direct Dial 856-482-5741
Direct Fax 856-482-2578
E-Mail: lrodriguez@schnader.com

October 17, 2019

**VIA ECF**

Honorable Peter G. Sheridan, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street, Room 4050
Trenton, New Jersey 08608

      Re:      ***In re Lipitor Antitrust Litigation***
                  **Civil Action No.: 3:12-cv-02389-PGS-DEA**

Dear Judge Sheridan:

      On May 1, 2012, the Judicial Panel for Multidistrict Litigation transferred for consolidation or coordination (Dkt. No. 3) the first End-Payor actions in this matter.  On August 10, 2012, this Court entered Case Management Order No. 1 (Dkt. No. 109) consolidating and coordinating the End-Payor actions.  In the Case Management Order, the Court appointed Vincent J. Esades of Heins Mills & Olson, as one of the Interim Co-Lead Counsel for the proposed class of End-Payors.

      Since 2014, Renae Steiner of Heins Mills & Olson has acted as the managing partner for her firm in End-Payor pharmaceutical actions, including this case.  Ms. Steiner has been appointed as co-lead counsel in other End-Payor pharmaceutical actions, including *In re Lidoderm Antitrust Litigation*, 14-02521 (N.D. Cal.) and *In re Aggrenox Antitrust Litigation.*, No. 14-2516 (D. Conn.).

      On July 22, 2019, Renae Steiner joined the law firm Grant & Eisenhofer P.A. as Of Counsel, and in that capacity will continue to prosecute End-Payor pharmaceutical cases.  All End-Payor co-lead counsel, including Ms. Steiner and Heins Mills & Olson stipulate and agree that Grant & Eisenhofer P.A. should be substituted for Vincent J. Esades and Heins Mills & Olson as co-lead counsel in this action.  Defendants take no position on this substitution.

PHDATA 7057627_1

Honorable Peter G. Sheridan, U.S.D.J
Page Two

      Therefore, End-Payor Plaintiffs move to amend Case Management Order No. 1 (Dkt. No. 109) to substitute Renae Steiner of Grant & Eisenhofer P.A. for Vincent J. Esades of Heins Mills & Olson as co-lead counsel.

      Respectfully,

*/s/ Lisa J. Rodriguez*
Lisa J. Rodriguez
SCHNADER HARRISON SEGAL & LEWIS LLP
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
Liaison Counsel for End-Payor Class Plaintiffs

SO ORDERED BY THE COURT:

_____
Honorable Peter G. Sheridan, U.S.D.J.