```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       Minutes of Proceedings
```

OFFICE: TRENTON

Judge Peter G. Sheridan                         Date: January 24, 2023


Court Reporter FRANK GABLE
                                                         MDL NO. 2332
TITLE OF CASE:                                  Civ. 12-2389 (PGS)

In Re LIPITOR ANTITRUST LITIGATION

BURLINGTON DRUG CO., INC., et al

      vs.

PFIZER INC., et al

In Re LIPITOR ANTITRUST LITIGATION

APPEARANCES:
See record for list of counsel.

NATURE OF PROCEEDINGS:

Telephone conference held.

Hearing on motion [1129] by Anita Cox and Sandra Hellgren to Remand.
Order motion reserved.


TIME COMMENCED: 12:10 P.M.
TIME ADJOURNED: 12:40 P.M.                      s/Dolores J. Hicks
TOTAL TIME:     0:30                               Deputy Clerk