IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LIPITOR ANTITRUST LITIGATION<br><br>This Document Related To:<br><br>ALL CASES | Master Docket No.<br><br>3:12-cv-02389-PGS-DEA |

## FURTHER AMENDED SCHEDULING ORDER

It is hereby ORDERED that the Scheduling Order previously entered at ECF No. 1085 and amended at ECF Nos. 1107 and 1149 will be amended and supplemented as follows:

| **Deadline** | **Current Date** | **Revised Date** |
|---|---|---|
| Causation: Defendants' motion for summary judgment | March 15, 2023 | No change |
| Class Certification: Plaintiffs' motions for class certification | April 19, 2023 | No change |
| Causation: Plaintiffs' opposition to motion for summary judgment | N/A | May 1, 2023 |
| Causation: Defendants' reply in support of motion for summary judgment | N/A | May 22, 2023 |
| Class Certification: Defendants' oppositions to motions for class certification | N/A | June 5, 2023 |
| Class Certification: Plaintiffs' replies in support of motions for class certification | N/A | June 26, 2023 |

\*\*Plaintiffs' request to serve reply experts is DENIED.

~~All opening briefs shall be no more than 50 pages in length and reply briefs shall be 20 pages in length, using 14-point proportional font such as Times New Roman pursuant to Local Rule 7.2(d)~~.

IT IS SO ORDERED

Dated: February 10, 2023

BY THE COURT:

_____
Honorable Douglas E. Arpert, U.S.M.J.

\*\*All briefing must comply with Local Civil Rule 7.1(d).