

Arnold B. Calmann
(973) 645-4828
abc@saiber.com

*ORDER*

February 14, 2023

**BY CM/ECF**

The Honorable Douglas E. Arpert, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    **In Re: Lipitor Antitrust Litigation**
             **Master Docket No.: 12-2389 (PGS)(DEA)**

Dear Judge Arpert:

    Our firm, along with the firm of Kirkland & Ellis LLP, represents defendants Ranbaxy Inc., Ranbaxy Laboratories Limited, and Ranbaxy Pharmaceuticals, Inc. (collectively, "Ranbaxy"), in the above matter.

    We write to respectfully request a two-week extension—until February 28, 2023—for the parties to file a motion to seal and redacted versions of the January 31, 2023 Joint Dispute Letter from the Parties and Exhibit 1 thereto (ECF No. 1158). Pursuant to L. Civ. R. 5.3(c), the motion to seal and redacted versions are due today. However, we need additional time to prepare and finalize the redactions and motion to seal and meet and confer as necessary. We have conferred with counsel for all parties, and they consent to this extension.

    Accordingly, if this extension meets with the Court's approval, we respectfully request that Your Honor execute and enter the below form of endorsement.

    We thank the Court for its consideration and continued assistance in this matter.

Saiber LLC • One Gateway Center, 9th Floor, Suite 950 • Newark, New Jersey • 07102-5308 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park • Newark • New York • Philadelphia

The Honorable Douglas E. Arpert, U.S.M.J.
February 14, 2023
Page 2

Respectfully submitted,

Arnold B. Calmann

cc: Counsel of Record (by CM/ECF)

The above request to extend the deadline, from February 14, 2023 to February 28, 2023, for the parties to submit the motion to seal and redacted versions of the January 31, 2023 Joint Dispute Letter from the Parties and Exhibit 1 thereto (ECF No. 1158) is hereby GRANTED.

SO ORDERED this ___15th___ day of February, 2023

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE