Liza M. Walsh
William T. Walsh, Jr.
Jessica K. Formichella
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for the Pfizer Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re LIPITOR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Civil Action No. 3:12-2389 (PGS/DEA)<br><br>*Filed Electronically* |

## NOTICE OF WITHDRAWAL OF COUNSEL ADMITTED *PRO HAC VICE* AND REMOVAL FROM ELECTRONIC NOTIFICATION

**PLEASE TAKE NOTICE** that Farrah R. Berse of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, withdraws her *pro hac vice* admission on behalf of Pfizer Defendants in the above captioned matter and requests removal from electronic notification.

**PLEASE TAKE FURTHER NOTICE** that Pfizer Defendants will continue to be represented by Walsh Pizzi O'Reilly Falanga LLP, White & Case LLP, and Paul, Weiss, Rifkind, Wharton & Garrison LLP, and that Liza M. Walsh has been duly and properly designated by the Court as the "lead attorney to be noticed" on behalf of Pfizer Defendants for purposes of the Case Management/Electronic Filing System.

Dated: February 28, 2023

WALSH PIZZI O'REILLY FALANGA LLP

*s/ Liza M. Walsh*
Liza M. Walsh