WALSH 2024 ORDERLY ALAINSA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

*order*

March 13, 2023

**VIA ECF**
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    RE:    *In re Lipitor Antitrust Litig.,*
            **Master Docket 12-cv-02389 (PGS-DEA)**

Dear Judge Arpert:

    The counsel for the parties respectfully make a joint request for a three and a half week extension to the March 13, 2023 deadline to complete the depositions of the parties' class certification experts. This extension will not affect any other existing deadlines in this case.

    On June 23, 2022, this Court issued a Scheduling Order (Dkt. 1085), ordering, among other things, that depositions for the parties' class certification experts must be completed by November 30, 2022. On August 15, 2022, in response to the Plaintiffs' contested motion to extend discovery deadlines by five (5) months, this Court issued an Order (Dkt. 1107) extending all deadlines set forth in the June 23, 2022 Order by ninety (90) days. On December 23, 2022, in response to a request to extend the deadlines regarding summary judgment and class certification, this Court issued an order (Dkt. No. 1149) further extending the deadlines by an additional two weeks. Accordingly, the deadline to complete expert depositions relating to class certification was extended to March 13, 2023.

    Due to certain scheduling conflicts of the counsel making this joint request and the parties' respective experts, the parties were unable to schedule the depositions of their respective class certification experts prior to March 13, 2023. The undersigned counsel therefore respectively submit this joint application requesting that this Court extend the deadline to complete the deposition of their class certification experts to **April 7, 2023**, as reflected below.

*granted*

| **Deadline** | **Current Date** | **~~Proposed~~ Revised Date** |
|---|---|---|
| Class Certification: Expert depositions complete | March 13, 2023 | April 7, 2023 |

Honorable Douglas E. Arpert, U.S.M.J.
March 13, 2023
Page 2

    If the foregoing request is acceptable to the Court, we ask that Your Honor please "So Order" this letter below and have it entered on the Court's docket.

    We thank the Court for its time and attention to this matter and remain available for any questions Your Honor or Your Honor's staff may have.

    Respectfully submitted,

    *s/Liza M. Walsh*

    Liza M. Walsh

cc: All Counsel of Record via ECF

**IT IS SO ORDERED** this 14th day of March, 2023.

_____
**Honorable Douglas E. Arpert, U.S.M.J.**