**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-0508

| | |
|---|---|
| CHAMBERS OF<br>PETER G. SHERIDAN<br>JUDGE | Clarkson Fisher Building and<br>U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

TO: Counsel of Record

FROM: Peter G. Sheridan, U.S.D.J.   s/*PGS*

DATE: March 29, 2023

RE: In Re Lipitor Antitrust Litigation
3:12-cv-2389-PGS-DEA

---

Oral argument will be held by telephone on April 10, 2023 at 11:00 A.M. in reference to Direct Purchaser Class Plaintiffs, End-Payor Plaintiffs, and Retailer Plaintiffs' Objection to and Appeal From the February 10, 2023 Scheduling Order Entered by the Honorable Douglas E. Arpert, U.S.M.J. (ECF Nos. 1170 and 1171) (Dial in number is 888-684-8852, Passcode is 1757868#).

Oral argument will proceed as follows. The Court will hear from one representative of each of the following parties who will be granted five minutes to argue and two minutes each to reply:

- Direct Purchaser Class Plaintiffs;
- End-Payor Plaintiffs;
- Retailer Plaintiffs;
- Pfizer; and
- Ranbaxy

No adjournments will be granted.