

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 5, 2023

**VIA ECF**
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   **RE:** *In re Lipitor Antitrust Litigation*,
      **Master Docket No. 12-cv-02389 (PGS)(DEA)**

Dear Judge Arpert:

  This firm, together with White & Case LLP, represents Defendants Pfizer Inc., Pfizer Manufacturing Ireland, Warner-Lambert Company, and Warner-Lambert Company LLC (collectively, "Pfizer") in the above-captioned matter. Pursuant to Local Civil Rule 5.3, the Motion to Seal and redactions to the confidential documents regarding Defendants' Motion for Summary Judgment at DE Nos. 1184, 1217, and 1235 are due to be filed with the Court today.

  On behalf of Pfizer, we write to respectfully request an extension until July 21, 2023 to file the above referenced redactions, as well as the redactions to the confidential portions of Direct Purchaser Plaintiffs' Motion for Class Certification (DE Nos. 1222 and 1223), along with any confidential portions of the opposition and reply papers, and file an Omnibus Motion to Seal on these pending motions. The additional time is necessary to ensure the parties have sufficient time to coordinate and finalize both the proposed redactions to the moving, opposition and reply papers as well as the Omnibus Motion to Seal. Kindly note that counsel for Plaintiffs and Ranbaxy consent to this extension.

  We appreciate the Court's consideration of this request and, should the extension be acceptable to Your Honor, we respectfully request this letter be "So Ordered" and entered on the docket. As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

               Respectfully submitted,

               *s/ Liza M. Walsh*

               Liza M. Walsh

cc:  All Counsel of Record (via ECF)

**SO ORDERED**:

_____
Hon. Douglas E. Arpert, U.S.M.J.