

**Cohn Lifland**
Pearlman Herrmann & Knopf LLP

*Attorneys at Law*

Park 80 West-Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663

(201) 845-9600 Main
(201) 845-9423 Fax

njlawfirm.com

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Line: (551) 497-7131
Cell: (201) 709-0597

June 22, 2023

**VIA ECF**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

          Re:    *In re Lipitor Antitrust Litigation*
                  Civil Action No.: 3:12-cv-02389-PGS-DEA

Dear Judge Sheridan:

I write on behalf of the Direct Purchaser Plaintiffs seeking a four-day extension of the due date for the submission of their reply on their pending motion for class certification established under the Court's Memorandum and Order of April 14, 2023 (ECF 1209) from June 26 to June 30, 2023. The reason for the requested extension is the illness of an attorney primarily responsible for the preparation of that reply. As argument on this motion is scheduled for August 1 (ECF 1234), we do not expect this request will impact any other scheduling. I represent to the Court that counsel for the Defendants have graciously consented to this request.

In the hope that Your Honor will grant this request, I have provided a line for it to be So Ordered below.

Naturally, counsel stand ready to respond should Your Honor wish to discuss this matter.

                                      Respectfully submitted,

                                      */s/ Peter S. Pearlman*

                                      Peter S. Pearlman

PSP:bb
cc:    All Counsel of Record *(Via ECF)*

Dated: 6/26/23

So Ordered: Granted.

*/s/ Peter G. Sheridan*
Peter G. Sheridan, U.S.D.J.