Liza M. Walsh
Jessica K. Formichella
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for the Pfizer Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re LIPITOR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Civil Action No. 3:12-2389 (PGS/DEA)<br><br>**WITHDRAWAL OF APPEARANCE**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that Michael J. Gallagher formerly of the law firm White & Case LLP, withdraws his appearance as counsel of record for Pfizer Defendants, in the above captioned matter and requests removal from electronic notification.

**PLEASE TAKE FURTHER NOTICE** that Pfizer Defendants will continue to be represented by Walsh Pizzi O'Reilly Falanga LLP and White & Case LLP and that Liza M. Walsh has been duly and properly designated by the Court as the "lead attorney to be noticed" on behalf of Pfizer Defendants for purposes of the Case Management/Electronic Filing System.

Dated: August 18, 2023                              WALSH PIZZI O'REILLY FALANGA LLP

                                                                     s/ *Liza M. Walsh*
                                                                     Liza M. Walsh