

**Arnold B. Calmann**
(973) 645-4828
abc@saiber.com

*The hearings as to the motions to certify class (ECF No. 1221, 1251) and motion for summary judgment (ECF No. 1183) are rescheduled for October 16 – October 17, 2023 at 10:00 am. in person.  The time limitations set forth in Order ECF 1267 remain in effect for ECF 1251. The telephone conference scheduled for September 6th is cancelled.    s/Peter G. Sheridan, U.S.D.J.*

August 24, 2023

**VIA ECF**
The Honorable Peter G. Sheridan
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      RE:    *In re Lipitor Antitrust Litigation.*, MDL No. 2332
                <u>Master Docket 12-cv-02389 (PGS) (DEA)</u>

Dear Judge Sheridan:

      Our firm, together with Kirkland & Ellis LLP, represents defendants Ranbaxy Laboratories, Ltd., Ranbaxy, Inc., and Ranbaxy Pharmaceuticals, Inc. (together, "Ranbaxy") in the above matter. We write regarding the conference the Court recently scheduled for September 11-12, 2023, which would address oral argument on Defendants' motion for summary judgment (Dkt. 1183), Direct Purchaser Plaintiffs' ("DPP") motion for class certification (Dkt. 1221), End Payor Plaintiffs' ("EPPs") motion for class certification (Dkt. 1251), as well as an evidentiary hearing related to EPPs' motion for class certification (Dkt. 1267). Due to counsel's scheduling conflicts, described below, we write to Your Honor to request adjournment of the September 11-12 hearing.

      Lead counsel for Ranbaxy has an in-person, court-ordered conference before Judge Kugler in another matter on September 11, 2023.  That conference date was set by the court on July 14, 2023, having previously been rescheduled from a date in June 2023. On August 1, 2023, when asked by Your Honor about counsel's availability for rescheduling oral argument and the evidentiary hearing, counsel for Ranbaxy inadvertently overlooked this previously scheduled matter. Upon realizing this conflict, counsel for Ranbaxy immediately contacted Plaintiffs' counsel on August 2 to request their consent to request that the September 11-12 conference be rescheduled.  Since that time, Defendants have contacted counsel for Plaintiffs several times to obtain an alternate date that works for all parties, but to date, have not received Plaintiffs' position as to rescheduling the conference or their availability for the same.

**Saiber LLC** • One Gateway Center • 9th Floor • Suite 950 • Newark, New Jersey • 07102 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com

Florham Park • Newark • New York • Philadelphia

Hon. Peter G. Sheridan, U.S.D.J.
August 24, 2023
Page 2

Accordingly, we sincerely apologize to the Court for having not identified this issue previously, but due to this scheduling conflict, Ranbaxy respectfully requests that argument on Defendants' motion for summary judgment, Plaintiffs' motions for class certification, and the EPP evidentiary hearing be rescheduled. To assist the Court, and subject to the Court's schedule and approval, counsel for Ranbaxy notes their availability on September 19 and 20, and October 16 and 17. The requested modifications will not affect any other existing deadlines in this case.

| **Deadline** | **Current Date** | **Ranbaxy's Available Dates** |
|---|---|---|
| Defendants' motion for summary judgment | September 11-12, 2023 | September 19-20, and October 16-17 |
| Class Certification (DPPs and EPPs) | September 11-12, 2023 | September 19-20, and October 16-17 |
| Evidentiary Hearing re EPPs' motion to certify class | September 11-12, 2023 | September 19-20, and October 16-17 |

Although Ranbaxy would have preferred to coordinate dates with Plaintiffs' counsel in advance of making this submission, having not received a response to our inquiries, we were compelled to write to Your Honor at this time.

We thank the Court for its consideration in this matter and look forward to hearing from the Court at its earliest convenience.

Respectfully submitted,

Arnold B. Calmann

cc: All Counsel of Record
(via ECF)