

Park 80 West-Plaza One     (201) 845-9600 Main
250 Pehle Avenue     (201) 845-9423  Fax
Suite 401
Saddle Brook, NJ 07663

Attorneys at Law     njlawfirm.com

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Line:  (551) 497-7131
Cell:  (201) 709-0597

**ORDER**

September 13, 2023

**VIA ECF**
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

            **RE:**     *In re Lipitor Antitrust Litig.*
                  **Master Docket 12-cv-02389 (PGS-DEA)**

Dear Judge Arpert:

      I write on behalf of the direct purchaser class plaintiffs and the defendants to request a two-week extension of the deadline by which the parties in the above-captioned matter are to file their Omnibus Motion to Seal and proposed redactions with respect to confidential information contained in the motions for summary judgment and class certification.[1]  Currently, the filings are due today, *see* ECF No. 1266 (granting prior request for short extension), but the parties believe that given more time they may be able to narrow any disputes and present a streamlined motion.  We ask that the deadline be extended to September 27, 2023.

      We appreciate the Court's consideration of this request and, should the extension by acceptable to Your Honor, we respectfully request that letter be "So Ordered" and entered on the docket.  As always, we thank the Court for its attention to this matter and we are available should there be any questions.

                                    Sincerely,

                                    COHN LIFLAND PEARLMAN
                                     HERRMANN & KNOPF LLP

                                    Peter S. Pearlman

cc: All Counsel of Record (via ECF)

---

[1] The end payor class plaintiffs do not oppose this request.



Honorable Douglas E. Arpert, U.S.M.J.
September 13, 2023
Page 2

**SO ORDERED:**

_____  9/22/2023
Hon. Douglas E. Arpert, U.S.M.J.