

Park 80 West-Plaza One  (201) 845-9600 Main
250 Pehle Avenue  (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

njlawfirm.com

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Line: (551) 497-7131
Cell: (201) 709-0597

October 12, 2023

**VIA ECF**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

   Re: *In re Lipitor Antitrust Litigation*
     Civil Action No.: 3:12-cv-02389-PGS-DEA

Dear Judge Sheridan:

We write on behalf of the Direct Purchaser Plaintiffs (DPPs), and with the consent of all parties, with respect to Your Honor's Order of 10/10/23 adjourning the End Payor Plaintiffs' (EPPs) class certification evidentiary hearing to October 26 and the hearings on Defendants' summary judgment motion and the DPPs' class certification motion to October 27, 2023. Because of prior scheduling commitments, counsel are not available on October 26 and 27. The parties have conferred and agreed, subject, of course to the Court's scheduling, that they are available on November 28 for the EPPs' class certification hearing and November 29 for the Defendants' summary judgment motion and the DPPs' class certification motion.

As always, we thank the Court for its attention to and consideration of this matter and are at the Court's disposal, should Your Honor wish to discuss this matter with counsel.

           Respectfully,

           */s/ Peter S. Pearlman*

           Peter S. Pearlman

PSP:sl

cc: All Counsel of Record *(Via ECF)*