Liza M. Walsh
Jessica K. Formichella.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973)757-1100

*Attorneys for Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, and Warner-Lambert Company LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LIPITOR ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | MDL No. 2322<br>Master Docket No. 12-2389<br>(PGS)(LHG)<br><br>*Electronically Filed* |

### NOTICE OF WITHDRAWAL OF COUNSEL ADMITTED *PRO HAC VICE* AND REMOVAL FROM ELECTRONIC NOTIFICATION

PLEASE TAKE NOTICE that Seok Ho (Richard) Kang formerly of the law firm White & Case LLP, withdraws his *pro hac vice* admission on behalf of Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, and Warner-Lambert Company LLC (collectively, "Pfizer Defendants") in the above captioned matter and requests removal from electronic notification.

Dated: April 15, 2024

WALSH PIZZI O'REILLY FALANGA LLP

/s/ Liza M. Walsh

Liza M. Walsh
Three Gateway Center
100 Mulberry Street, 15th Floor Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, and Warner-Lambert Company LLC*

SO ORDERED this 17th day of April, 2024.
Defendants will continue to be represented by White & Case LLP.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

2