## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re LIPITOR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Meijer Inc. et al. v. Pfizer Inc. et. al.* 3:12-cv-4537 (PGS/JBD) | MDL Docket No. 2332<br><br>Master Docket No. 3:12-cv-2389-PGS |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion (ECF Doc. 1415) and Order (ECF Doc. 1416), dated June 6, 2024, granting summary judgment to Defendants Ranbaxy, Inc., Ranbaxy Pharmaceuticals, Inc. and Ranbaxy Laboratories, Limited on all of Plaintiffs' claims, and from all prior non-final orders of the Court subsumed therein. Plaintiffs' claims against the remaining Defendants were previously voluntarily dismissed with prejudice pursuant to a settlement. *See* ECF Docs. 1329, 1338.

Dated: July 1, 2024

                                            Respectfully submitted,

*/s/ Deborah S. Corbishley*
Deborah S. Corbishley
KENNY NACHWALTER P.A.
Four Seasons Tower, Suite 1100
1441 Brickell Avenue
Miami, Florida 33131
Tel.: (305) 373-1000
Fax: (305) 372-1861
dsc@knpa.com

Joseph M. Vanek (admitted pro hac vice)
David P. Germaine (admitted pro hac vice)
John P. Bjork (admitted pro hac vice)
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
jvanek@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com

*Counsel for Meijer, Inc. & Meijer Distribution, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk and served on all counsel of record this July 1, 2024 via the Court's CM/ECF system.

/s/ *Deborah S. Corbishley*
Deborah S. Corbishley