UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>LIPITOR ANTITRUST LITIGATION | MDL 2332<br><br>Master Case No. 3:12-cv-2389 |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR CLASS ACTIONS | |

## NOTICE OF APPEAL

Notice is hereby given that Objector Heath Plans CIGNA Corporation, Elevance Health, Inc., Humana, Inc., BCBSM, Inc. d/b/a Blue Cross Blue Shield of Minnesota, BlueCross BlueShield of South Carolina, BlueCross BlueShield of Tennessee, Harvard Pilgrim Health Care, Inc., Tufts Health Maintenance Organization, Inc., Point32Health, Inc., Blue Cross and Blue Shield of North Carolina, California Physicians' Service d/b/a Blue Shield of California, and Health Alliance Plan of Michigan, appeal to the United States Court of Appeals for the Third Circuit from the October 1, 2024 Order and Judgment (Dkt. No. 1480) granting End-Payor Class Plaintiffs' Motion for Final Approval of Settlement and Other Relief (Dkt. No. 1465).

Dated: October 31, 2024

Respectfully submitted,

/s/*Peter D. St. Phillip*
Peter D. St. Phillip
Gerald Lawrence
Renee A. Nolan
**LOWEY DANNENBERG, P.C.**
100 Front Street, Suite 520
W. Conshohocken, PA 19428
Telephone: (215) 399-4770
pstphillip@lowey.com
glawrence@lowey.com
rnolan@lowey.com

>Mark Fischer
>Robert C. Griffith
>**RAWLINGS & ASSOCIATES, PLLC**
>1 Eden Parkway
>La Grande, KY 40031
>Telephone: (502) 814-2139
>mdf@rawlingsandassociates.com
>rg1@rawlingsandassociates.com
>
>*Counsel for the Objector Health Plans*

## CERTIFICATE OF SERVICE

    I hereby certify that, on October 31, 2024, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/Peter D. St. Phillip